1   Eric J. Benink, Esq. (State Bar No. 187434)
    Krause Kalfayan Benink & Slavens, LLP
2   625 Broadway, Suite 635
    San Diego, California 92101
3   Email: eric@kkbs-law.com
    Tel: (619) 232-0331
4   Fax: (619) 232-4019

5

6   Attorneys for Plaintiff Perfect 10, Inc.

7

8                 UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11  PERFECT 10, INC., a California        Case No.: 11 CV 0905 H (MDD)
    corporation,
12                                        **DECLARATION OF SEAN**
                                          **CHUMURA IN SUPPORT OF**
13                    Plaintiff,          **PERFECT 10'S MOTION FOR**
              v.                          **PRELIMINARY INJUNCTION**
14                                        **AGAINST DEFENDANTS**
    GIGANEWS, INC., a Texas               **GIGANEWS, INC. AND LIVEWIRE**
15  corporation; LIVEWIRE SERVICES,       **SERVICES, INC.**
    INC., a Nevada corporation; and DOES
16  1 through 100, inclusive,
                                          Date:     August 15, 2010
17                    Defendants.         Time:     10:30 a.m.
                                          Place:    Courtroom 13, 5th Floor
18                                        Judge:    Marilyn L. Huff
    _____
19                                        Demand for Jury Trial
20                                        Discovery Cut-Off Date: None Set
                                          Pretrial Conference Date: None Set
21                                        Trial Date: None Set

22

23

24

25

26

27

28

_____
DECLARATION OF SEAN CHUMURA IN SUPPORT OF PERFECT 10'S MOTION FOR
PRELIMINARY INJUNCTION AGAINST GIGANEWS AND LIVEWIRE SERVICES

I, Sean Chumura, declare as follows:

1.     I am a professional programmer with over 15 years of experience in Computer Security and Computer Forensics.  I was a student and protégé of Michael R. Anderson, a pioneer in the Science of Computer Forensics.  I have testified as an expert in court proceedings in the field of Computer Forensics.  I have an issued patent in which I am a co-inventor, in the field of computer security.  I have worked with the federal, state, and local governments, as well as foreign governments and private industry, in the field of computer security and computer forensics.  I have been certified by NTI, one of the most knowledgeable and respected firms for forensic computer science, for governmental and private sector computer forensics.  I was admitted into the prestigious Washington, D.C. Law Enforcement Association HTCC (High Tech Crime Consortium group) by confirmation from the FBI, and I am a member of numerous task forces and associations.  The following are some of the entities I have done work for over the past four years: Computer Sciences Corporation, D.I.S.A. (Defense Information Systems Agency), D.H.S. (Department of Homeland Security), F.B.I. (Federal Bureau of Investigation), JFCOMM (Joint Forces Command), LGB Associates Inc., Lockheed Martin, NOW Solutions, Oasis Network LLC, Northrup Grummen, Perfect 10, Inc., Sun Microsystems, Transaction Solutions, VCSY (Vertical Computer Systems), and Westinghouse. For some of the projects that I have worked on, I have had a Top Secret security clearance.

2.     I have consulted for the FBI in the areas of cyberterrorism, forensic computer investigation, and white collar crime.  I have extensive experience writing computer programs, including programs to protect computers from viruses, denial of service attacks, and other malicious acts.   I have also written programs to investigate piracy, to detect financial fraud, and to allow computer networks to identify computers that are no longer functioning properly due to software issues and correct those problems in an automated fashion.  I also co-

founded the first private cyber warfare/terrorism defense center and helped develop the technology to identify attacks against infrastructure in near real-time.

3.      I submit this declaration in support of Perfect 10, Inc..  I have spent approximately a month using and analyzing the services provided by giganews.com, usenet.com, and other USENET paysites.  I have written a program for Perfect 10 which automatically downloaded images from USENET paysites.  As I result of writing that program, and because of my many years of experience with the Internet, I am very familiar with the operation of the USENET, giganews.com, usenet.com, and other USENET paysites.  In my experience, all USENET paysites that were compatible with News Rover, which included giganews.com, powerusenet.com, and usenet.com, operated in the same fashion in conjunction with News Rover and offered the same infringing materials.

4.      One way to access materials offered by a USENET paysite, is for the user to tell a newsgroup "reader" such as News Rover, which website the user has subscribed to, and provide News Rover with a username and password from that website.  The user can then perform searches on News Rover and download whatever pirated full-length movies, songs, computer software, or images the user desires.

5.      I have also studied the operation of various other infringers including Napster, Grokster, thepiratebay.org, isohunt.com, and limewire.com.  None of those infringers stored copyrighted materials on their servers, or sold access to copyrighted material.

6.      It is common knowledge that people who post to the USENET have not entered into agreements with copyright holders to copy or post any of the following: 1) Full-length Hollywood movies, 2) Songs that are being sold by the Recording industry, 3) Software that is sold by major software companies, and 4) Images that are being sold by copyright holders.   As a result, it is well known that most materials that are offered for sale by USENET paysites, including

Defendants', are infringing.   Obviously infringing materials such as full-length movies, popular songs, and copyrighted images, are almost always found in newsgroups whose names begin with "alt.binaries."  The term "binaries" is a reference to the fact that the articles therein typically contain media (pictures, movies, etc.) rather than simple textual messages.

7.     A significant number of the alt.binaries newsgroups have names indicating that they offer infringing materials, such as alt.binaries.dvd.movies, alt.binaries.movies.divx, alt..binaries.movies, alt.binaries.multimedia.vintage-film, alt.binaries.multimedia.smallville, alt.binaries.classic.tv.shows, alt.binaries.startrek,alt.binaries.multimedia.startrek, alt.binaries.james-bond, alt.binaries.tv.x-files, alt.binaries.beatles, alt.binaries.dvd.music, alt.binaries.mpeg.video.music, alt.binaries.mp3, alt.binaries.music.springsteen, alt.binaries.sounds.mp3.full-album, alt.binaries.sounds.mp3.complete_cd, alt.binaries.sounds.mp3.classic-rock, alt.binaries.sounds.mp3. 1970s, alt.binaries.sounds.mp3.rap-hiphop, alt.binaries.sounds.mp3. bootlegs, alt.binaries.playboy, alt.binaries.full.post.verified.playboy, alt.binaries.penthouse, alt.binaries.warez, and alt.binaries.warez.quebec-hackers, among many others. Warez is a well-known term for pirated materials.

8.     I do not believe it is possible for a USENET provider, such as Defendants, to not be aware of the presence of massive infringement residing on their servers, for several reasons.  First, as discussed above, it is common knowledge that posters do not have the right to post full-length Hollywood movies, songs by the Beatles, the Rolling Stones, and other popular groups, programs sold by Microsoft and Adobe (among others), and Playboy and Perfect 10 images. Second, the names of the newsgroups reflect the presence of illegal materials. Third, when Giganews wrote the computer code for managing its website and its servers, it must have written that code in such a way so that its servers could store and manipulate very large files such as movies.   It must have known, when it

wrote its server code, how movies, TV shows, songs, and other large files would be stored, indexed, and copied.  In other words, the program was written specifically to accommodate massive amounts of infringing material.  Fourth, I have read an archived web page from giganews.com that stated that "News Rover has built-in MP3 and File Locators that search all Giganews newsgroups for music, pictures, and movies…."  That means that Giganews knew that it was storing large quantities of infringing movies and songs.  Finally, Giganews claims that it hosts 9,000 terabytes of materials – which is staggering in scope (1000 gigabytes = 1 terabyte.)  Non-media files such a text-based messages are very small and would only occupy a tiny fraction of the 9,000 terabytes of materials that Giganews claims it offers.  The rest of the storage must be allocated to huge files, which would include, most notably, full-length movies and large software programs that everyone knows are pirated.

9.     Exhibit 1 was provided to me by Dr. Norman Zada, the President of Perfect 10, Inc.  The highlighted portion of page 1 of Exhibit 1 means that Giganews makes copies of P10 Images from other USENET providers' servers, and stores them on its servers.   It also means that Giganews copies Perfect 10 copyrighted images ("P10 Images") from its servers and distributes those images to other USETNET providers.   The upper portion of page 2 of Exhibit 1 is a print screen of what might appear on News Rover during a downloading of files.  The files being downloaded are listed in the middle right.  The lower portion of the screen contains the header information for the message (file) highlighted in blue, which in this case contains the image RoM_P10_Vol2_06_Perfect 10_001.jpg.  The rightmost checkmark appears near what is often referred to as the path.  In this case, the path indicates that the image was first posted on easynews.com and was subsequently copied by Giganews to its Giganews servers, and then provided to the user, which in this case was Dr. Norman Zada.  The second green check mark, next to the Message ID, also shows that the image was first posted onto the servers of

easynews.com.  Pages 3 and 4 of Exhibit 1 explain what the header information means.  Page 3 of Exhibit 1 states, "The 'Path' shows from first to last, the news server from which the message is currently being read, all the news servers through which it was passed, and lastly, the news server where the message originated."

**GIGANEWS MAKES UNAUTHORIZED COPIES OF PERFECT 10 IMAGES**

10.    Giganews makes copies of Perfect 10 Images in at least two different ways.  When Giganews saves a copy of a P10 Image it obtains from some other USENET provider's servers, Giganews must elect to make at least one copy of that image, the copy that appears on its servers.  For example, in page 2 of Exhibit 1, Giganews made a copy of the image identified as RoM_P10_Vol2_06_Perfect 10_001.jpg from easynews.com and then stored it on Giganews' servers.   Also, when a user requests a copy of a P10 Image that is stored on Giganews' servers, Giganews must elect to make another copy for that user.  So if 10,000 users request a copy of a particular P10 Image stored on Giganews' servers, Giganews must elect to make 10,000 copies of that image.

**GIGANEWS IS MORE INVOLVED IN THE INFRINGING ACTIVITY THAN MOST INFRINGING WEBSITES**

11.    Giganews.com commits all of the following volitional acts: 1) It copies P10 Images from other USENET providers' servers without Perfect 10's authorization; 2) It stores P10 Images on its servers without authorization; 3) It makes copies of P10 Images and provides them to users without authorization; and 4) It sells access to P10 Images without authorization.    Giganews has complete control over the infringement which occurs on its website.  It determines what materials are stored on its servers and what materials it offers to its users.  It can remove and/or block any materials it wishes.

12.    In my experience, Internet users try to obtain content without paying for it.  If they do have to pay to access specific content, they will try to pay as little

for it as possible.  Thus users will subscribe to a massive infringing paysite like giganews.com, where they can obtain billions of dollars of full-length movies, songs, images, and computer software for as little as $5 a month, rather than subscribe to a website such as perfect10.com, which offers no full length movies, songs, third party images or computer software, for $25.50 a month.

13.     I have examined some of the images which Dr. Zada claims he sent to Giganews as part of Perfect 10's March 25, 2009 DMCA notice.  In general, when the image contains an image identifier such as, for example, Isabelle_Funaro_05.jpg, Giganews can search for that image identifier using News Rover to locate that infringing image, the name of the group of images in which it appears, the uploader of that group of images, the message-ID associated with that image, and whatever other information Giganews claims it requires.  Giganews can also use readily available image recognition technology to block copies of that image from ever being stored on giganews.com or offered to Giganews members.  Thus, providing copies of the actual infringing images with visible Image Identifiers is more than sufficient for Giganews to identify and locate the infringing material, and is in fact the best way that I know of to provide such notice.  Giganews, however, requests instead that the copyright holder provide the message-ID associated with each image.  That is not feasible if large numbers of infringements are involved, because the message-ID is not downloaded with the image.  Thus, for each image, the copyright holder would have to manually cut and paste the message-ID into a spreadsheet, which would take weeks if thousands of images were infringed.    Furthermore, a list of message-IDs by itself would be incomprehensible and provide no useful information as to what was infringed.

14.     I have also examined Giganews' April 7, 2009 letter to Perfect 10. The repeated contention in that letter that "We cannot locate any article without the Message ID," is not correct.  As I explained in the prior paragraph, the article may be quickly found by searching News Rover using the image identifier.  In fact, I

have been able to search News Rover using the image identifier but I have not been able to search News Rover using the message-ID. Finally, Giganews suggests in its letter it contacts the poster of the article. However, in my experience, most of the posters list phony email addresses. Thus, it may not be possible for Giganews to contact the poster, particularly if the post was not made to Giganews' servers.

15.   Even with today's fast computers, it takes an enormous amount of time and bandwidth to upload a full-length movie to USENET servers. In 2003, it might have taken as long as ten hours to upload a full-length movie. Anyone who uploads copyrighted materials en masse to USENET servers risks substantial civil liability if not possible prosecution for criminal copyright infringement. Furthermore, because entities such as Megaupload.com, Hotfile.com, and many other infringers pay users to upload infringing materials to their servers, I believe it unlikely that there is no commercial relationship between Defendants and uploaders. If the uploaders were truly independent third parties, there would be far less material uploaded, and the uploading would not be uniform. In other words, ten copies of a particular popular image or movie might be uploaded, and no copies of most others.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on June 23, 2011 at Pittsburgh, Pennsylvania.

Sean Chumura