



Giganews newsgroups provide the fastest, most reliable USENET experience on the planet. Our news servers provide the highest quality newsgroup retention and completeness available. Keep reading to understand why.

| If you are looking for ISP outsourcing services, we can offer even more reasons why you should select Giganews. |
|---|

- **Speed**
  Giganews newsgroups benefit from utilizing redundant OC-12 connections to multiple Internet backbones, ensuring the USENET articles you request are delivered as fast as your Internet connection allows.
- **Reliability**
  Giganews is the benchmark for reliability in USENET, NNTP and newsgroup services. Our fully redundant systems allow seamless maintenance, so our customers consistently benefit from the high quality of our service even when we upgrade our infrastructure. Your search for your favorite USENET article will remain uninterrupted. Multiple upstream connections allow routing changes even when issues occur outside of the Giganews network.
- **Retention**
  Giganews' news servers offer up to 50 days of retention in multipart binary newsgroups, which includes alt.binaries newsgroups, mp3, video and software groups. News server retention in single part binary groups is up to 50 days, and retention in text newsgroups is over one year.
- **Completeness**
  Giganews offers newsgroups and an unprecedented 99% news server completeness rate in multipart binary articles such as alt.binaries newsgroups - yet to be matched by any other newsgroup provider. Of course, long USENET retention times are meaningless unless all parts of the binary attachments are available so Giganews leverages proprietary newsgroup feeding technologies to minimize or eliminate the problem of lost newsgroup articles.
- **Propagation**
  Giganews maintains peering arrangements with many news servers around the world to ensure that your posts are seen by newsgroup users globally, and that everyone else's posts reach Giganews.
- **Experience & Expertise**
  The Giganews staff holds decades of experience in managing, operating, and maintaining news servers. Because we listen to and understand our customers, we know what you expect from a premium news service, and we deliver our service better than any other provider.
- **Flexibility**
  The Giganews Customer Control Panel offers the opportunity to maintain your own account with options to upgrade or downgrade service, or even start the next month's service early.
- **Support**
  The Giganews support staff works around the clock to answer your questions and address any issues that might arise. We promise a same-day response, and we usually respond within minutes.
- **Value**
  Giganews provides the best value for your Usenet dollars. Why pay a budget provider that fails to deliver the news service you need? You can depend on the quality and reliability of your Giganews service.

Ready to open an account? Sign-Up

Email page to a Friend

U: Control Panel Login
P:
☐ Remember Me   ▶ LOGIN
FORGOT YOUR PASSWORD?   SIGN-UP!

**PRICING**
Unlimited       US$24.99
power users and heavy usage
10 GB/mo       US$11.99
moderate binary downloads
2 GB/mo        US$7.99
text, fills and light usage

**ISP Newsgroups Outsourcing** - for ISPs and Cable Providers.

**Sign-up for an Account Now!**

**RECENT NEWS**
▸ **Adelphia Chooses Giganews**
▸ **New Giganews Referral Rewards!**
▸ **New 30-day Retention!**
▸ **Giganews Retention Upgrade**
▸ **Giganews Loyalty Rewards**

*"I cannot believe what I have been missing now that I have tried your service. It is very refreshing to see how a news server business should be run, the level of quality both from retention and completed message count is simply excellent. I only wish I would have known about GigaNews sooner!!! Man, this place rocks!"*
   - Rick L.

*"Just tried an unlimited newsgroups service - You guys are still the best, great speeds, retention and service... just upgraded my account. I'm staying where it's good!"*
   - Bill C



# Tracking the Trolls: Usenet Headers

This is the fourth in a series of articles on reading internet message headers. If you haven't already done so, please read the previous articles: Reading Internet Message Headers, Where'd That Email Come From? and So It Came From a Mailing List - Where Did It Come From Before That?

Messages posted to usenet (newsgroups) have some headers in common with email messages. They will look slightly different to each person who reads them depending on the news server used to receive the message.

```
Newsgroups: soc.support.fat-acceptance,atl.general,
            mindspring.local.atlanta
Path: mindspring!firehose.mindspring.com!newsfeed1-hme1!
      newsfeed.internetmci.com!128.174.5.49!vixen.cso.uiuc.edu!
      uchinews!news
From: Suzy Smith <user@uiuc.edu>
Subject: Re: Help with headers?
Nntp-Posting-Host: ip14.an4-atlanta2.ga.pub-ip.psi.net
Message-ID: <32146bef.20423023@news.interamp.com>
Reply-To: suzy@other.place
Organization: Anything You Like
References: <19970901140100.KAA29407@ladder02.news.
      aol.com> <EFy5Ar.3pq@world.std.com> <
      340DC46C.3A62@wco.com> <5umekl$44m@dfw-ixnews9.
      ix.netcom.com> <5v3g50$hsl$1@news.smart.net>
Date: Tue, 9 Sep 1997 21:17:39 GMT
X-Newsreader: AOL Offline Reader
X-No-Archive: yes
Lines: 24
```

Okay, let's take these one at a time. None of these headers will normally appear more than once in any message.

- `Newsgroups: soc.support.fat-acceptance,atl.general,mindspring.local.atlanta`
  The newsgroups: header is simple--it shows where the message is being posted. It can be just one newsgroup or many--if there's more than one, there will be commas between each newsgroup's name. This message was posted to three newsgroups (that's referred to as *cross-posting*).

- `Path: mindspring!firehose.mindspring.com!newsfeed1-hme1!newsfeed.internetmci.com!128.174.5.49!vixen.cso.uiuc.edu!uchinews!news`
  The path: header shows, from first to last, the news server from which you read the message, all the news servers through which it was passed, and lastly the news server where the message originated (vixen.cso.uiuc.edu, in this case). You can look at this example and see that I read the message on a news server at MindSpring enterprises (mindspring.com) and that it was originally posted on a news server at the University of Illinois at Urbana Champaign (uiuc.edu).

- `From: Suzy Smith <user@uiuc.edu>`
  The from: line is supposed to be the name and email address of the person who posted the message. Unfortunately, it is one of the easiest things to fake in any message--it only requires changing a setting in your news software and voilá! you're Bill Clinton! Or Suzy Smith, or Liberace, as you please. It doesn't even have to contain a valid email address.

## Articles

- Creating Your First Podcast - 2008
- Mailing List Netiquette - 1996-2005
- Safety and Gifting Groups - 2005
- No Thanks, We're Already Alert!
- Yes, You Can Get a Virus Simply By Reading Email
- Be Careful What You Write
- Don't Forward That Email!
- The Netiquette of Forwarding Messages
- HaHaHa, Snow White and W95.Hybris.gen
- Want to Fight Spam? - series of articles from 2001
  - Avoiding Spam
  - Reporting Spam
  - Spam Fighters
  - More Help
- Keeping Spam Off Your Mailing Lists - 2004 article
- Filtering Banner Ads - 1998
- Introduction to PGP - 1997
  - PGP Key
- Reading Internet Message Headers - 1997 to 2001
  - Usenet Message Headers
    - Cancel Messages
  - Email Messages
    - Mailing List Messages
  - Anonymous Remailers
- Family Groupware - 2000, updated 2003
  - How Family Groupware Would Differ From Business Groupware
  - Requirements and Wish Lists
  - What We've Already Tried
- Résumé

## About the Author

Cynthia Armistead is a freelance technical writer, quality assurance analyst, and Internet security advocate with a broad spectrum of experience.

Please contact her if you'd like to discuss a project.

Ads by Google

**Try Easynews for Free**
Download Straight From Your Browser Secure, Fast Downloads, SSL Privacy
www.EasyNews.com

**Vehicle Tracking Device**
Improve Profits With GPS Fleet Tracking. Free Live Demo Online!
www.teletrac.net

**Earn Your Nursing Degree**
CCNE Accredited Programs Online. Affordable & Accelerated. Start Now

www.WGU.edu

**Free Usenet Search**
Searching through Media: Binload
Download our free beta now!
www.binload.com

- `Subject: Re: Help with headers?`
  The subject line is chosen by whoever posted the original message in the thread. If this had been the first message in the thread, the subject line would probably have looked more like
  Subject: Help with headers?

- `Nntp-Posting-Host: ip14.an4-atlanta2.ga.pub-ip.psi.net`
  This one's important. The nntp-posting-host: is supposed to tell us with which machine, and sometimes from which user, a message originated. It might be a name address, like the example above, or it might be the IP address of the machine in question--like so:
  `NNTP-Posting-Host: 38.6.4.14`
  If there's a numeric address, use a tool like [Sam Spade's](#) whois to figure out what it translates to and who owns that IP address. In this case, both the numeric and English addresses given refer to the same machine. We can tell that it's a machine owned by PSINet, Inc. and that it's probably at their Atlanta point-of-presence (POP). The NNTP posting host can be faked, but not easily (by the average user, anyway).

- `Message-ID: <32146bef.20423023@news.interamp.com>`
  Again, the message-id: field is important, and is one that can be faked but not easily. It's a unique ID assigned to this particular message by the news server on which it originated. If it were, for instance, a forged post, or spam, whoever owns that news server (interamp.com is owned by PSINet) should be able to look at their server logs to see who posted that message. This message-id: indicates that it came from a news server at interamp.com. That doesn't match what was in the path: statement, remember? So one or the other might well be forged.

- `Reply-To: suzy@other.place`
  In most cases the reply-to: will be the email address of the person who posted the message--just like the From: line. But it isn't always, and again it is incredibly simple to fake. It doesn't have to be a valid email address at all.

- `Organization: Anything You Like`
  Organization: is one of those fields where the user can enter anything he or she likes. If the user doesn't specify anything, it'll usually be filled in by the news server with a default value, like "MindSpring Enterprises" or "Internet America."

- `References: <19970901140100.KAA29407@ladder02.news.aol.com> <EFy5Ar.3pq@world.std.com> <340DC46C.3A62@wco.com> <5umekl$44m@dfw-ixnews9.ix.netcom.com> <5v3g50$hsl$1@news.smart.net>`
  The references: line gives the message-ID numbers for each message in the thread to which the user is replying. Lets say that a user at smart.net posted the first message, and somebody at netcom.com replied, then a user at wco.com followed up to that, and finally someone at std.com answering him. This message is in reply to all of those, so it shows all of those message-IDs. It can be very helpful in figuring out how a thread got started, especially when one or more messages isn't available any more. Also, some newsreaders arrange messages by message-IDs instead of subject lines.

- `Date: Tue, 9 Sep 1997 21:17:39 GMT`
  The date: header usually gives the date and time that the message was posted. "GMT" is the