Andrew P. Bridges (SBN 122761)
Jennifer Golinveaux (SBN 203056)
K. Joon Oh (SBN 246142)
Thomas J. Kearney (SBN 267087)
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Attorneys for Defendants
GIGANEWS, INC. and LIVEWIRE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GIGANEWS, INC., a Texas corporation; LIVEWIRE SERVICES, INC., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 11-CV-0905 H (MDD)<br><br>**CONTENTS FOR COURT REVIEW: EXHIBIT B TO THE DECLARATION OF RONALD B. YOKUBAITIS IN SUPPORT OF DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS**<br><br>**DATE: August 15, 2011**<br>**TIME: 10:30 a.m.**<br>**Hon. Marilyn L. Huff**<br>**Courtroom 13 – Fifth Floor** |

In accordance with the Court's June 30, 2011 Order ("Order," ECF No. 15), Defendants Giganews, Inc. and Livewire Services, Inc. ("Defendants") hereby file portions of Exhibit B to the Declaration of Ronald B. Yokubaitis in Support of Defendants' Rule 12(b)(6) Motion to Dismiss ("Yokubaitis Declaration," ECF No. 11-3, filed June 22, 2011) for the Court's review.

Exhibit B is a copy of a DVD (the "DVD") that was attached to a letter sent from Perfect 10 to Giganews dated March 25, 2009, and is referenced at pages 6-7 of the Yokubaitis Declaration. On July 14, 2011, Defendants lodged a true and correct copy of Exhibit B with the Court pursuant to the Order.  Because Exhibit B contains 1,468 files of photographic images, Defendants are electronically filing (1) screenshots showing the directory of all files on the DVD, and (2) the first and every 100th image from Exhibit B, which provide a representative sample of the images on the DVD, so as not to burden the ECF system.  If the Court prefers that all 1,468 separate image files be

1

CONTENTS FOR COURT REVIEW: EXHIBIT B TO DECL. OF RONALD B.
YOKUBAITIS IN SUPPORT OF DEFS' RULE 12(b)(6) MOTION TO DISMISS       CASE NO. 11-CV-0905

1 filed electronically, Defendants will promptly do so.  Defendants reserve the right to supplement this
2 electronic filing to the extent other specific images become relevant for purposes of the pending
3 Motion to Dismiss.
4     Accordingly, attached hereto are the following exhibits:

| Exhibit No. | Image number | Filename |
|---|---|---|
| Exhibit 1 | [Seven pages of screenshots showing the directory of the DVD] ||
| Exhibit 2 | DVD Image #1 | "!Dominatrix - Pallet 01.jpg" |
| Exhibit 3 | DVD Image #100 | "Kerri KendallSet 01_0043.jpg" |
| Exhibit 4 | DVD Image #200 | "Kerri KendallSet 03_0032.jpg" |
| Exhibit 5 | DVD Image #300 | "Lynn ThomasSet 03_0040.jpg" |
| Exhibit 6 | DVD Image #400 | "mbw_amber_smith_set01_033.jpg" |
| Exhibit 7 | DVD Image #500 | "mbw_daniela_gil_set02_011.jpg" |
| Exhibit 8 | DVD Image # 600 | "mbw_daniela_gil_set04_006.jpg" |
| Exhibit 9 | DVD Image #700 | "mbw_daniela_gil_set05_044.jpg" |
| Exhibit 10 | DVD Image #800 | "mbw_daniela_gil_set07_048.jpg" |
| Exhibit 11 | DVD Image #900 | "mbw_daniela_gil_set08_062.jpg" |
| Exhibit 12 | DVD Image #1000 | "mbw_models_sydney_moon_set01_060.jpg" |
| Exhibit 13 | DVD Image #1100 | "mbw_models_sydney_moon_set03_028.jpg" |
| Exhibit 14 | DVD Image #1200 | "mbw_models_sydney_moon_set05_024.jpg" |
| Exhibit 15 | DVD Image #1300 | "mbw_models_sydney_moon_set06_001.jpg" |
| Exhibit 16 | DVD Image #1400 | "mbw_models_sydney_moon_set06_101.jpg" |

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

| | |
|---|---|
| Dated: July 14, 2011 | Respectfully submitted, |
| | WINSTON & STRAWN LLP<br>Andrew P. Bridges<br>Jennifer Golinveaux<br>K. Joon Oh<br>Thomas J. Kearney |
| | By:  s/ Thomas J. Kearney<br>       Attorneys for Defendants<br>       E-mail: tkearney@winston.com |

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

3

CONTENTS FOR COURT REVIEW:  EXHIBIT B TO DECL. OF RONALD B.
YOKUBAITIS IN SUPPORT OF DEFS' RULE 12(b)(6) MOTION TO DISMISS          CASE NO. 11-CV-0905