Eric J. Benink, Esq., SBN 187434
Mary K. Wyman. Esq., SBN 260104
Krause Kalfayan Benink & Slavens, LLP
625 Broadway, Suite 635
San Diego, CA  92101
(619) 232-0331 (ph)
(619) 232-4019 (fax)
eric@kkbs-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>GIGANEWS, INC.. a Texas corporation; LIVEWIRE SERVICES, INC., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>             Defendants. | CASE NO. 11-CV-0905 H (MDD)<br><br>**PLAINTIFF PERFECT 10, INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>DATE:     September 12, 2011<br>TIME:     10:30 a.m.<br>CTRM:    13<br>JUDGE:   Marilyn L. Huff<br><br>**Special Briefing Schedule Ordered** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Perfect 10, Inc. hereby requests that the Court take judicial notice of the Order filed July 27, 2011 (Doc. No. 16) in *Perfect 10, Inc. v. Megaupload Limited, et al.,* Case No. 11cv0191 –IEG  (BLM).  Attached hereto as Exhibit 1

1  is a true and correct copy of the Order.

2

3

4  Dated:  August 15, 2011

                              KRAUSE KALFAYAN BENINK &

5                                SLAVENS, LLP.

6                                   /s/ Eric J. Benink

                           By:_____

7                                  Eric J. Benink

8                                  Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28