# U.S. District Court
# Southern District of California (San Diego)
# CIVIL DOCKET FOR CASE #: 3:11–cv–00905–H –MDD

| | |
|---|---|
| Perfect 10, Inc., v. Giganews, Inc., et al | Date Filed: 04/28/2011 |
| Assigned to: Judge Marilyn L. Huff | Date Terminated: 08/25/2011 |
| Referred to: Magistrate Judge Mitchell D. Dembin | Jury Demand: Plaintiff |
| Demand: $5,000,000 | Nature of Suit: 820 Copyright |
| Cause: 17:101 Copyright Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Perfect 10, Inc.**
*a California corporation*

represented by **Eric Benink**
Krause Kalfayan Benink and Slavens
625 Broadway
Suite 635
San Diego, CA 92101
(619)232–0331
Fax: (619)232–4019
Email: eric@kkbs–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Kathleen Wyman**
Krause Kalfayan Benink &Slavens
625 Broadway
Suite 635
San Diego, CA 92101
(619)232–0331
Fax: (619) 232–4019
Email: mwyman@kkbs–law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Giganews, Inc.**
*a Texas corporation*

represented by **Andrew Phillip Bridges**
Winston &Strawn LLP
101 California Street
39th Floor
San Francisco, CA 94111–5802
(415) 591–1482
Fax: (415) 591–1400
Email: abridges@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Joon Oh**
Winston &Strawn, LLP
101 California Street
San Francisco, CA 94111–5894
(415) 591–1000

Fax: (415) 591–1400<br>
Email: koh@winston.com<br>
*ATTORNEY TO BE NOTICED*

**Thomas James Kearney**
Winston &Strawn LLP
101 California Street
39th Floor
San Francisco, CA 94111
(415) 591–6894
Fax: (415) 591–1400
Email: tkearney@winston.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Livewire Services, Inc.**    represented by    **Andrew Phillip Bridges**
*a Nevada corporation*                           (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Kevin Joon Oh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas James Kearney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1 through 100, inclusive**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2011 | Ï 1 | COMPLAINT with Jury Demand against All Defendants (Filing fee $350 receipt number 0974–3517765.), filed by Perfect 10, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Civil Case Cover Sheet)<br><br>The new case number is 3:11–cv–905–H–MDD. Judge Marilyn L. Huff and Magistrate Judge Mitchell D. Dembin are assigned to the case. (Benink, Eric)(srm)(mam). (Entered: 04/28/2011) |
| 04/28/2011 | Ï 2 | Summons Issued.<br>**Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1.** (srm)(mam). (Entered: 04/28/2011) |
| 04/28/2011 | Ï 3 | REPORT on the Filing of an Action Regarding a Copyright. cc: Register of Copyrights, Copyright Office, Library of Congress. (srm) (mam). (Entered: 04/28/2011) |
| 05/04/2011 | Ï 4 | SUMMONS Returned Executed by Perfect 10, Inc.. Livewire Services, Inc. served on 5/2/2011, answer due 5/23/2011. (Benink, Eric) (ag). (Entered: 05/04/2011) |
| 05/05/2011 | Ï 5 | SUMMONS Returned Executed by Perfect 10, Inc.. Giganews, Inc. served on 5/2/2011, answer due 5/23/2011. (Benink, Eric)(ag). (Entered: 05/05/2011) |
| 05/18/2011 | Ï 6 | |

| | | |
|---|---|---|
| | | Joint MOTION for Extension of Time to File Answer *or Otherwise Respond to the Complaint* by Giganews, Inc., Livewire Services, Inc.. (Bridges, Andrew) (ag). (Entered: 05/18/2011) |
| 05/18/2011 | Ï 7 | NOTICE of Party With Financial Interest by Giganews, Inc., Livewire Services, Inc. (Bridges, Andrew)(ag). (Entered: 05/18/2011) |
| 05/18/2011 | Ï 8 | CERTIFICATE OF SERVICE by Giganews, Inc., Livewire Services, Inc. re 6 Joint MOTION for Extension of Time to File Answer *or Otherwise Respond to the Complaint*, 7 Notice of Party With Financial Interest (Bridges, Andrew) (ag). (Entered: 05/18/2011) |
| 05/19/2011 | Ï 9 | ORDER granting 6 Motion for Extension of Time to Answer. Giganews, Inc. answer due 6/22/2011 and Livewire Services, Inc. answer due 6/22/2011. Signed by Judge Marilyn L. Huff on 05/19/2011. (ag)(jrd) (Entered: 05/19/2011) |
| 06/21/2011 | Ï 10 | MOTION for Change Venue by Giganews, Inc., Livewire Services, Inc.. (Attachments: # 1 Memo of Points and Authorities in Support, # 2 Declaration of Philip Molter in Support, # 3 Declaration of Ronald Yokubaitis in Support, # 4 Declaration of Thomas J. Kearney in Support; attached Exhibits A – U, # 5 Proof of Service)(Bridges, Andrew) (ag). (Entered: 06/21/2011) |
| 06/22/2011 | Ï 11 | MOTION to Dismiss by Giganews, Inc., Livewire Services, Inc.. (Attachments: # 1 Memo of Points and Authorities, # 2 Declaration of Thomas J. Kearney in Support, Exhibits A and B thereto, # 3 Declaration of Ronald Yokubaitis, Exhibits A – D thereto)(Bridges, Andrew) (lmt). (Entered: 06/22/2011) |
| 06/22/2011 | Ï 12 | CERTIFICATE OF SERVICE by Giganews, Inc., Livewire Services, Inc. re 11 MOTION to Dismiss (Bridges, Andrew) (lmt). (Entered: 06/22/2011) |
| 06/22/2011 | Ï 13 | MOTION for Leave to File *Non−Electronic Exhibit* by Giganews, Inc., Livewire Services, Inc. (Bridges, Andrew) (mdc) (Entered: 06/22/2011) |
| 06/22/2011 | Ï 14 | CERTIFICATE OF SERVICE by Giganews, Inc., Livewire Services, Inc. re 13 MOTION for Leave to File *Non−Electronic Exhibit* (Bridges, Andrew) (mdc) (Entered: 06/22/2011) |
| 06/30/2011 | Ï 15 | ORDER granting in part and denying in part 13 Ex Parte Motion for Leave to File Non−Electronic Filing of an Exhibit. Signed by Judge Marilyn L. Huff on 06/30/2011. Signed by Judge Marilyn L. Huff on 06/30/2011. (ag) (jrl). (Entered: 06/30/2011) |
| 07/11/2011 | Ï 16 | MOTION for Leave to File *Under Seal Exhibit 25 (A Disk) to the Declaration of Dr. Norman Zada Filed in Support of Motion for Preliminary Injunction* by Perfect 10, Inc.. (Attachments: # 1 Proof of Service)(Benink, Eric) (ag). (Entered: 07/11/2011) |
| 07/11/2011 | Ï 17 | MOTION for Preliminary Injunction *Against Defendants Giganews, Inc. and Livewire Services, Inc.* by Perfect 10, Inc.. (Attachments: # 1 Memo of Points and Authorities in Support of Motion for Preliminary Injunction Against Defendants Giganews, Inc and Livewire Services, Inc.)(Benink, Eric) (ag). (Entered: 07/11/2011) |
| 07/11/2011 | Ï 18 | DECLARATION *of Sheena Chou in Support of Motion for Preliminary Injunction Against Defendants Giganews, Inc. and Livewire Services, Inc.* by Perfect 10, Inc. (Benink, Eric) (ag). (Entered: 07/11/2011) |
| 07/11/2011 | Ï 19 | ORDER Denying 16 Ex Parte Application for Leave to File Exhibit Under Seal. Signed by Judge Marilyn L. Huff on 7/11/2011. (knh)(jrd) (Entered: 07/11/2011) |
| 07/11/2011 | Ï 20 | DECLARATION *of Sean Chumura in Support of Perfect 10;s Motion for Preliminary Injunction Against Defendants Giganews, Inc. and Livewire Services, Inc.* by Perfect 10, Inc. (Attachments: # 1 Exhibit 1 to Declaration of Sean Chumura)(Benink, Eric) (ag). (Entered: 07/11/2011) |
| 07/11/2011 | Ï 21 | |

| | | |
|---|---|---|
| | | DECLARATION *of Melanie Poblete in Support of Perfect 10's Motion for Preliminary Injunction Against Defendants Giganews, Inc. and Livewire Services, Inc.* by Perfect 10, Inc. (Attachments: # 1 Exhibit 1 to Declaration of Melanie Poblete, # 2 Exhibit 2 to Declaration of Melanie Poblete)(Benink, Eric) (ag). (Entered: 07/11/2011) |
| 07/11/2011 | 22 | DECLARATION *of Dr. Norman Zada in Support of Plaintiff Perfect 10, Inc's Motion for Preliminary Injunction Against Defendants Giganews, Inc. and Livewire Services, Inc.* by Perfect 10, Inc. (Attachments: # 1 Exhibit 1 to Zada Dec, # 2 Exhibit 2 to Zada Dec, # 3 Exhibit 3 to Zada Dec, # 4 Exhibit 4 to Zada Dec, # 5 Exhibit 5 to Zada Dec)(Benink, Eric) (ag). (Entered: 07/11/2011) |
| 07/11/2011 | 23 | DECLARATION *of Dr. Norman Zada in Support of Plaintiff Perfect 10, Inc's Motion for Preliminary Injunction Against Defendants Giganews, Inc. and Livewire Services, Inc. (Part Two)* by Perfect 10, Inc. (Attachments: # 1 Exhibit 6 to Zada Dec, # 2 Exhibit 7 to Zada Dec, # 3 Exhibit 8 to Zada Dec, # 4 Exhibit 9 to Zada Dec, # 5 Exhibit 10 to Zada Dec, # 6 Exhibit 11 to Zada Dec)(Benink, Eric) (ag). (Entered: 07/11/2011) |
| 07/11/2011 | 24 | DECLARATION *of Dr. Norman Zada in Support of Plaintiff Perfect 10, Inc's Motion for Preliminary Injunction Against Defendants Giganews, Inc. and Livewire Services, Inc. (Part Three)* by Perfect 10, Inc. (Attachments: # 1 Exhibit 12 to Zada Dec, # 2 Exhibit 13 to Zada Dec, # 3 Exhibit 14 to Zada Dec, # 4 Exhibit 15 to Zada Dec, # 5 Exhibit 16 to Zada Dec)(Benink, Eric) (ag). (Entered: 07/11/2011) |
| 07/11/2011 | 25 | DECLARATION *of Dr. Norman Zada in Support of Plaintiff Perfect 10, Inc.'s Motion for Preliminary Injunction Against Defendants Giganews, Inc and Livewire Services, Inc. (Part four)* by Perfect 10, Inc. (Attachments: # 1 Exhibit 17 to Zada Dec, # 2 Exhibit 18 to Zada Dec)(Benink, Eric) (ag). (Entered: 07/11/2011) |
| 07/11/2011 | 26 | DECLARATION *of Dr. Norman Zada in Support of Plaintiff Perfect 10, Inc.'s Motion for Preliminary Injunction Against Defendants Giganews, Inc. and Livewire Services, Inc. (Part 5)* by Perfect 10, Inc. (Attachments: # 1 Exhibit 19 to Zada Dec, # 2 Exhibit 20 to Zada Dec, # 3 Exhibit 21 to Zada Dec)(Benink, Eric) (ag). (Entered: 07/11/2011) |
| 07/11/2011 | 27 | DECLARATION *of Dr. Norman Zada in Support of Plaintiff Perfect 10, Inc.'s Motion for Preliminary Injunction Against Defendants Giganews, Inc. and Livewire Services, Inc. (Part six)* by Perfect 10, Inc. (Attachments: # 1 Exhibit 22 to Zada Dec, # 2 Exhibit 23 to Zada Dec, # 3 Exhibit 24 to Zada Dec, # 4 Exhibit 25 to Zada Dec, # 5 Proof of Service)(Benink, Eric) (ag). (Entered: 07/11/2011) |
| 07/12/2011 | 28 | MOTION to Seal *and Renewed Notice of Motion for Leave to File Under Seal Exhibit 25 (A Disk) to the Declaration of Dr. Norman Zada Filed in Support of Motion for Preliminary Injunction* by Perfect 10, Inc.. (Attachments: # 1 Proof of Service)(Benink, Eric) (ag). (Entered: 07/12/2011) |
| 07/13/2011 | 29 | ORDER granting 28 Ex Parte Motion for Leave to File Exhibit Under Seal. Signed by Judge Marilyn L. Huff on 07/13/2011. (ag) (Entered: 07/13/2011) |
| 07/14/2011 | 30 | SUPPLEMENTAL DOCUMENT by Giganews, Inc., Livewire Services, Inc. re 11 MOTION to Dismiss *Contents for Court Review: Exhibit B to the Declaration of Ronald B. Yokubaitis in Support of Defendants' Rule 12(b)(6) Motion to Dismiss.* (Attachments: # 1 Exhibit : Exhibits 1–16, directory of DVD and 15 representative images (out of 1,468) on Exhibit B (a DVD lodged with the Court) to the Declaration of Ronald B. Yokubaitis in Support of Defendants' Rule 12(b)(6) Motion to Dismiss)(Kearney, Thomas) (ag). (Entered: 07/14/2011) |
| 07/14/2011 | 31 | CERTIFICATE OF SERVICE by Giganews, Inc., Livewire Services, Inc. re 30 Supplemental Document,, *Contents for Court Review: Exhibit B to the Declaration of Ronald B. Yokubaitis in Support of Defendants' Rule 12(b)(6) Motion to Dismiss* (Kearney, Thomas) (ag). (Entered: |

| | | |
|---|---|---|
| | | 07/14/2011) |
| 07/18/2011 | 32 | RESPONSE in Opposition re 10 MOTION for Change Venue filed by Perfect 10, Inc.. (Attachments: # 1 Declaration of Dr. Norman Zada In Support of Plaintiff Perfect 10, Inc.'s Opposition to Defendants' Motion to Change Venue, # 2 Exhibit 1 to Declaration of Dr. Zada, # 3 Exhibit 2 to Declaration of Dr. Zada, # 4 Exhibit 3 to Declaration of Dr. Zada, # 5 Exhibit 4 to Declaration of Dr. Zada, # 6 Declaration of Melanie Poblete In Support of Perfect 10, Inc.'s Opposition to Defendants' Motion to Change Venue, # 7 Declaration of Sheena Chou In Support of Perfect 10, Inc.'s Opposition to Defendants' Motion to Change Venue, # 8 Declaration of Gwendalyn Augustine In Support of Plaintiff Perfect 10, Inc.'s Opposition to Defendants' Motion to Change Venue, # 9 Proof of Service)(Benink, Eric) (ag). (Entered: 07/18/2011) |
| 07/18/2011 | 33 | NOTICE of Appearance by Mary Kathleen Wyman on behalf of Perfect 10, Inc. (Attachments: # 1 Proof of Service)(Wyman, Mary) (ag). (Entered: 07/18/2011) |
| 07/22/2011 | 34 | Joint MOTION to Continue *Pending Hearings* by Giganews, Inc., Livewire Services, Inc.. (Bridges, Andrew) (ag). (Entered: 07/22/2011) |
| 07/22/2011 | 35 | CERTIFICATE OF SERVICE by Giganews, Inc., Livewire Services, Inc. re 34 Joint MOTION to Continue *Pending Hearings* (Kearney, Thomas) (ag). (Entered: 07/22/2011) |
| 07/25/2011 | 36 | ORDER granting 34 Joint Motion to Continue and Scheduling Order. The Motion Hearing set for 08/01/2011 is continued to 08/29/2011 at 10:30 AM in Courtroom 13 before Judge Marilyn L. Huff as to 10 Motion to Change Venue. Defendants Reply Brief in Support of Motion to Change Venue is due on or before 8/22/2011. The Motion Hearings set for 08/15/2011 are continued to 9/12/2011 at 10:30 AM in Courtroom 13 before Judge Marilyn L. Huff as to 11 Motion to Dismiss and 17 Motion for Preliminary Injunction. Defendants Reply Brief in Support of Motion to Dismiss is due on or before 9/2/2011. Defendants Opposition to Motion for Preliminary Injunction is due on or before 08/15/2011. Plaintiffs Reply Brief in Support of Motion for Preliminary Injunction is due on or before 09/2/2011. Signed by Judge Marilyn L. Huff on 07/25/2011. (ag) (jrl). (Entered: 07/26/2011) |
| 08/15/2011 | 37 | RESPONSE in Opposition re 11 MOTION to Dismiss *Plaintiff Perfect 10, Inc.'s Memorandum of Points and Authorities In Opposition to Defendants' Rule 12(B)(6) Motion to Dismiss* filed by Perfect 10, Inc.. (Attachments: # 1 Request for Judicial Notice, # 2 Exhibit 1 to Request for Judicial Notice, # 3 Proof of Service)(Benink, Eric) (mtb). (Entered: 08/15/2011) |
| 08/15/2011 | 38 | RESPONSE in Opposition re 17 MOTION for Preliminary Injunction *Against Defendants Giganews, Inc. and Livewire Services, Inc.* filed by Giganews, Inc., Livewire Services, Inc. (Bridges, Andrew) (mtb). (Entered: 08/15/2011) |
| 08/15/2011 | 39 | DECLARATION re 38 Response in Opposition to Motion *(Declaration of William R. Rosenblatt)* by Defendants Giganews, Inc., Livewire Services, Inc. (Oh, Kevin) (mdc) (Entered: 08/15/2011) |
| 08/15/2011 | 40 | DECLARATION re 38 Response in Opposition to Motion *(Declaration of Frederick S. Lane)* by Defendants Giganews, Inc., Livewire Services, Inc. (Oh, Kevin) (mdc) (Entered: 08/15/2011) |
| 08/15/2011 | 41 | DECLARATION re 38 Response in Opposition to Motion *(Declaration of John Levine)* by Defendants Giganews, Inc., Livewire Services, Inc. (Oh, Kevin) (mdc) (Entered: 08/15/2011) |
| 08/15/2011 | 42 | DECLARATION re 38 Response in Opposition to Motion *(Declaration of Philip Molter)* by Defendants Giganews, Inc., Livewire Services, Inc.. (Oh, Kevin) (jpp). (Entered: 08/15/2011) |
| 08/15/2011 | 43 | DECLARATION re 38 Response in Opposition to Motion *(Declaration of Ronald B. Yokubaitis)* by Defendants Giganews, Inc., Livewire Services, Inc.. (Attachments: # 1 Exhibit Part 1, # 2 Exhibit Part 2, # 3 Exhibit Part 3, # 4 Exhibit Part 4, # 5 Exhibit Part 5, # 6 Exhibit Part 6, # 7 Exhibit Part 7, # 8 Exhibit Part 8, # 9 Exhibit Part 9, # 10 Exhibit Part 10, # 11 Exhibit Part 11, # |

| | | |
|---|---|---|
| | | 12 Exhibit Part 12)(Oh, Kevin) (jpp). (Entered: 08/15/2011) |
| 08/15/2011 | 44 | DECLARATION re 38 Response in Opposition to Motion *(Declaration of Andrew P. Bridges)* by Defendants Giganews, Inc., Livewire Services, Inc.. (Attachments: # 1 Exhibit Part 1, # 2 Exhibit Part 2, # 3 Exhibit Part 3, # 4 Exhibit Part 4, # 5 Exhibit Part 5, # 6 Exhibit Part 6, # 7 Exhibit Part 7, # 8 Exhibit Part 8)(Oh, Kevin) (jpp). (Entered: 08/15/2011) |
| 08/15/2011 | 45 | DECLARATION re 38 Response in Opposition to Motion *(Declaration of Thomas J. Kearney)* by Defendants Giganews, Inc., Livewire Services, Inc.. (Attachments: # 1 Exhibit Part 1, # 2 Exhibit Part 2, # 3 Exhibit Part 3, # 4 Exhibit Part 4, # 5 Exhibit Part 5, # 6 Exhibit Part 6, # 7 Exhibit Part 7, # 8 Exhibit Part 8, # 9 Exhibit Part 9, # 10 Exhibit Part 10, # 11 Exhibit Part 11, # 12 Exhibit Part 12, # 13 Exhibit Part 13, # 14 Exhibit Part 14, # 15 Exhibit Part 15)(Kearney, Thomas)(aef). (Entered: 08/15/2011) |
| 08/15/2011 | 46 | EXHIBITS: (Filed as DECLARATION) re 38 Response in Opposition to Motion, 45 Declaration,, *(Exhibits to Declaration of Thomas J. Kearney)* by Defendants Giganews, Inc., Livewire Services, Inc.. (Attachments: # 1 Exhibit Part 17, # 2 Exhibit Part 18, # 3 Exhibit Part 19, # 4 Exhibit Part 20, # 5 Exhibit Part 21, # 6 Exhibit Part 22, # 7 Exhibit Part 23, # 8 Exhibit Part 24, # 9 Exhibit Part 25, # 10 Exhibit Part 26, # 11 Exhibit Part 27, # 12 Exhibit Part 28, # 13 Exhibit Part 29, # 14 Exhibit Part 30)(Kearney, Thomas) Modified on 8/16/2011– to clarify text (aef). (Entered: 08/15/2011) |
| 08/15/2011 | 47 | EXHIBITS: (Filed as DECLARATION) re 38 Response in Opposition to Motion, 45 Declaration,, *(Exhibits to Declaration of Thomas J. Kearney)* by Defendants Giganews, Inc., Livewire Services, Inc.. (Attachments: # 1 Exhibit Part 32, # 2 Exhibit Part 33, # 3 Exhibit Part 34, # 4 Exhibit Part 35, # 5 Exhibit Part 36, # 6 Exhibit Part 37, # 7 Exhibit Part 38, # 8 Exhibit Part 39, # 9 Exhibit Part 40, # 10 Exhibit Part 41, # 11 Exhibit Part 42, # 12 Exhibit Part 43, # 13 Exhibit Part 44, # 14 Exhibit Part 45, # 15 Exhibit Part 46, # 16 Exhibit Part 47, # 17 Exhibit Part 48, # 18 Exhibit Part 49, # 19 Exhibit Part 50)(Kearney, Thomas) Modified on 8/16/2011– to clarify text (aef). (Entered: 08/15/2011) |
| 08/15/2011 | 48 | EXHIBITS: (Filed as DECLARATION) re 38 Response in Opposition to Motion, 45 Declaration,, *(Exhibits to Declaration of Thomas J. Kearney) – Exhibit Part 51* by Defendants Giganews, Inc., Livewire Services, Inc.. (Attachments: # 1 Exhibit Part 52, # 2 Exhibit Part 53, # 3 Exhibit Part 54, # 4 Exhibit Part 55, # 5 Exhibit Part 56, # 6 Exhibit Part 57, # 7 Exhibit Part 58, # 8 Exhibit Part 59, # 9 Exhibit Part 60, # 10 Exhibit Part 61, # 11 Exhibit Part 62, # 12 Exhibit Part 63, # 13 Exhibit Part 64, # 14 Exhibit Part 65, # 15 Exhibit Part 66)(Kearney, Thomas) Modified on 8/16/2011 – to clarify text (aef). (Entered: 08/15/2011) |
| 08/15/2011 | 49 | CERTIFICATE OF SERVICE by Giganews, Inc., Livewire Services, Inc. re 43 Declaration, 45 Declaration,, 39 Declaration, 47 Declaration,, 40 Declaration, 44 Declaration, 46 Declaration,, 48 Declaration, 38 Response in Opposition to Motion, 42 Declaration, 41 Declaration (Kearney, Thomas)(aef). (Entered: 08/15/2011) |
| 08/19/2011 | 50 | RESPONSE in Support re 10 MOTION for Change Venue filed by Giganews, Inc., Livewire Services, Inc.. (Bridges, Andrew) (ag). (Entered: 08/19/2011) |
| 08/19/2011 | 51 | DECLARATION re 50 Response in Support of Motion *(Declaration of Philip Molter in Support of Defendants' Reply Brief in Support of Motion to Change Venue)* by Defendants Giganews, Inc., Livewire Services, Inc.. (Bridges, Andrew) (ag). (Entered: 08/19/2011) |
| 08/19/2011 | 52 | DECLARATION re 50 Response in Support of Motion *(Declaration of Thomas J. Kearney in Support of Defendants' Reply Brief in Support of Motion to Change Venue)* by Defendants Giganews, Inc., Livewire Services, Inc.. (Attachments: # 1 Exhibit A through T)(Bridges, Andrew) (ag). (Entered: 08/19/2011) |
| 08/19/2011 | 53 | |

| | | |
|---|---|---|
| | | CERTIFICATE OF SERVICE by Giganews, Inc., Livewire Services, Inc. re 52 Declaration, 50 Response in Support of Motion, 51 Declaration (Oh, Kevin) (ag). (Entered: 08/19/2011) |
| 08/22/2011 | 54 | Ex Parte MOTION to Seal a Previously Filed Document *Plaintiff Perfect 10, Inc.'s Ex Parte Motion to Seal Various Exhibits to Declaration of Thomas J. Kearney* by Perfect 10, Inc.. (Attachments: # 1 Proof of Service)(Benink, Eric) (ag). (Entered: 08/22/2011) |
| 08/24/2011 | 55 | ORDER granting 54 Ex Parte Application to Seal. Signed by Judge Marilyn L. Huff on 8/24/2011. (mtb) (Entered: 08/24/2011) |
| 08/25/2011 | 56 | ORDER granting 10 Motion to Change Venue. Case transferred to the Central District of California. Original file, certified copy of transfer order, and docket sheet sent. Signed by Judge Marilyn L. Huff on 08/25/2011. (ag) (Entered: 08/26/2011) |