**MESSAGE-IDS FOR ILDIKO FRONTE DMCA NOTICE**

JsidncB89K8CGe7UnZ2dnUVZ_tAAAAAA@giganews.com

JPadnS_yCOB5JfbUnZ2dnUVZ_hoAAAAA@giganews.com

Fuqdnf1FHep5JfbUnZ2dnUVZ_s7inZ2d@giganews.com

1eudndCYL-t5JfbUnZ2dnUVZ_vninZ2d@giganews.com

0uudnRMHAoF7JfbUnZ2dnUVZ_vninZ2d@giganews.com

JPadnS7yCOB1JfbUnZ2dnUVZ_hqdnZ2d@giganews.com

7vedna3u3uV8MSXQnZ2dnUVZ5hGdnZ2d@giganews.com

d-SdnampnvEYeM7UnZ2dnUVZ_oHinZ2d@giganews.com

RUWal.111543$zQ4.51819@en-nntp-02.dc1.easynews.com

LdqdnelhhlyTqfHUnZ2dnUVZ_gcAAAAA@giganews.com

_UWal.111545$zQ4.31518@en-nntp-02.dc1.easynews.com

8VWal.111547$zQ4.62768@en-nntp-02.dc1.easynews.com

ReydnZCYJ4EUFvLUnZ2dnUVZ8hmdnZ2d@giganews.com

6PudnefcONwtFTvQnZ2dnUVZ5jidnZ2d@giganews.com

EoqdnZNIoaZdFTvQnZ2dnUVZ5uidnZ2d@giganews.com

ReydnYeYJ4EuFvLUnZ2dnUVZ8hmdnZ2d@giganews.com

PKadnV0IPNIqLSXQnZ2dnUVZ5ucAAAAA@giganews.com

PKadnVUIPNJ-LSXQnZ2dnUVZ5ucAAAAA@giganews.com

it2dnevvyKK3LCXQnZ2dnUVZ5sqdnZ2d@giganews.com

K-mdnSZIBu3Yt8nUnZ2dnUVZ_vKdnZ2d@giganews.com

TLednbud_5L_vCfQnZ2dnUVZ5toAAAAA@giganews.com

A62dnYpv4M-pUbjUnZ2dnUVZ8v-dnZ2d@giganews.com

A62dnYVv4M-qUbjUnZ2dnUVZ8v-dnZ2d@giganews.com

AZSdncCbvr6RHu7UnZ2dnUVZ_jAAAAAA@giganews.com

JsidnU199K-RHu7UnZ2dnUVZ_tCdnZ2d@giganews.com

EqWdnbQgXLmQHu7UnZ2dnUVZ_r3inZ2d@giganews.com

EqWdnS4gXLkDGe7UnZ2dnUVZ_r3inZ2d@giganews.com

| MESSAGE-ID | IMAGE IDENTIFIER |
|---|---|
| | |
| JsidncB89K8CGe7UnZ2dnUVZ_tAAAAAA@giganews.com | Wscanll_1043_Ildiko_Fronte_P10F02.jpg |
| JPadnS_yCOB5JfbUnZ2dnUVZ_hoAAAAA@giganews.com | amsdc_055_ildiko_fronte.jpg |
| Fuqdnf1FHep5JfbUnZ2dnUVZ_s7inZ2d@giganews.com | amsdc_056_ildiko_fronte.jpg |
| 1eudndCYL-t5JfbUnZ2dnUVZ_vninZ2d@giganews.com | amsdc_057_ildiko_fronte.jpg |
| 0uudnRMHAoF7JfbUnZ2dnUVZ_vninZ2d@giganews.com | amsdc_058_ildiko_fronte.jpg |
| JPadnS7yCOB1JfbUnZ2dnUVZ_hqdnZ2d@giganews.com | amsdc_059_ildiko_fronte.jpg |
| 7vedna3u3uV8MSXQnZ2dnUVZ5hGdnZ2d@giganews.com | Death_ISC--Ildiko_Fronte.jpg |
| d-SdnampnvEYeM7UnZ2dnUVZ_oHinZ2d@giganews.com | Death_ISC--Ildiko_Fronte.jpg |
| RUWal.111543$zQ4.51819@en-nntp-02.dc1.easynews.com | J_SDC_0050_Ildiko_Fronte.jpg |
| LdqdnelhhIyTqfHUnZ2dnUVZ_gcAAAAA@giganews.com | J_SDC_0051_Ildiko_Fronte.jpg |
| _UWal.111545$zQ4.31518@en-nntp-02.dc1.easynews.com | J_SDC_0052_Ildiko_Fronte.jpg |
| 8VWal.111547$zQ4.62768@en-nntp-02.dc1.easynews.com | J_SDC_0053_Ildiko_Fronte.jpg |
| ReydnZCYJ4EUFvLUnZ2dnUVZ8hmdnZ2d@giganews.com | karolscan_139_Ildiko_Fronte.jpg |
| 6PudnefcONwtFTvQnZ2dnUVZ5jidnZ2d@giganews.com | karolscan_139_Ildiko_Fronte.jpg |
| EoqdnZNloaZdFTvQnZ2dnUVZ5uidnZ2d@giganews.com | karolscan_152_Ildiko_Fronte.jpg |
| ReydnYeYJ4EuFvLUnZ2dnUVZ8hmdnZ2d@giganews.com | karolscan_152_Ildiko_Fronte.jpg |
| PKadnV0IPNIqLSXQnZ2dnUVZ5ucAAAAA@giganews.com | Lightman_ISC_001_Ildiko_Fronte.jpg |
| PKadnVUIPNJ-LSXQnZ2dnUVZ5ucAAAAA@giganews.com | Lightman_ISC_017_Ildiko_Fronte.jpg |
| it2dnevvyKK3LCXQnZ2dnUVZ5sqdnZ2d@giganews.com | Lightman_ISC_040_Ildiko_Fronte.jpg |
| K-mdnSZIBu3Yt8nUnZ2dnUVZ_vKdnZ2d@giganews.com | Spawn@ISC-SN-018-Ildiko_Fronte.jpg |
| TLednbud_5L_vCfQnZ2dnUVZ5toAAAAA@giganews.com | Spawn@ISC-SN-018-Ildiko_Fronte.jpg |
| A62dnYpv4M-pUbjUnZ2dnUVZ8v-dnZ2d@giganews.com | vs2k-039-Ildiko_Fronte02_P10Oct-Nov00.jpg |
| A62dnYVv4M-qUbjUnZ2dnUVZ8v-dnZ2d@giganews.com | vs2k-040-Ildiko_Fronte03_P10Oct-Nov00.jpg |
| AZSdncCbvr6RHu7UnZ2dnUVZ_jAAAAAA@giganews.com | Wscanll_0478_Ildiko_Fronte_P10-oct00.jpg |
| JsidnU199K-RHu7UnZ2dnUVZ_tCdnZ2d@giganews.com | Wscanll_0479_Ildiko_Fronte_P10-oct00.jpg |
| EqWdnbQgXLmQHu7UnZ2dnUVZ_r3inZ2d@giganews.com | Wscanll_0480_Ildiko_Fronte_P10-oct00.jpg |
| EqWdnS4gXLkDGe7UnZ2dnUVZ_r3inZ2d@giganews.com | Wscanll_1042_Ildiko_Fronte_P10F02.jpg |

Note: All Image Identifiers contain "Ildiko Fronte"



**From:**  "Norman Z" <normanz@earthlink.net>
**To:**  <dmca2008@giganews.com>
**Sent:**  Sunday, August 07, 2011 8:03 AM
**Attach:**  Message Header.pdf
**Subject:**  Message headers

Dear Mr. Yokubaitis,

Is this what you mean by a message header?


Sincerely,


Norm Zada, Ph.D.

310-476-0700

Giganews is a "service provider," as provided for under the DMCA and supported by many court decisions. Accordingly, we take our obligations under the DMCA very seriously, which include: (i) not modifying the content of material as it is sent, received and stored on our servers at the direction of our customers; (ii) maintaining a system whereby copyright holders can notify Giganews in the event infringing content is located on our servers; and (iii) maintaining a policy of terminating the accounts of subscribers who are repeat infringers.

To assist us in meeting our duties, the "header" of every article posted through our service includes very important information for copyright holders.

Below is a Giganews sample header for your information. For illustrative purposes, we have highlighted in yellow the Message-ID, the X-Trace, and X-DMCA Notifications portions of the header:

```
Path:border1.nntp.dca.giganews.com!border2.nntp.dca.giganews.com!nntp.gigane
ws.com!backlog2.nntp.dca.giganews.com!news.giganews.com.POSTED!not-for-
mail
NNTP-Posting-Date: Thu, 02 Apr 2009 16:04:06 -0500
From: "Giganews Support" <support@giganews.com>
Newsgroups: giganews.test
References: <eeOdndhfE8qazVjUnZ2dnUVZ_t3inZ2d@giganews.com>
In-Reply-To: <eeOdndhfE8qazVjUnZ2dnUVZ_t3inZ2d@giganews.com>
Subject: Re: testing@Earth.Eagle
Date: Thu, 2 Apr 2009 23:03:57 +0200
MIME-Version: 1.0
Content-Type: text/plain;
       format=flowed;
       charset="iso-8859-1";
       reply-type=original
Content-Transfer-Encoding: 8bit
X-Priority: 3
X-MSMail-Priority: Normal
X-Newsreader: Microsoft Windows Mail 6.0.6001.18000
X-MimeOLE: Produced By Microsoft MimeOLE V6.0.6001.18049
Message-ID: <vY6dnXkM-qnbtUjUnZ2dnUVZ8sGWnZ2d@giganews.com>
Lines: 7
X-Usenet-Provider: http://www.giganews.com
X-Trace: sv3-
cv7Peryp91V06YfAPM9qQcdR+d0xJ5eww9eO3lJxNHlaXztAuyv6rrTfi0Ix+g9
A81iq7hBMMxhiLgf!qAsatOp4nRoylgu4iZS0TFW2MSEKsmVWlJhITy4N8tur
Y8gAmZmIxGqVRPMF9KdB7HtQdmhCLg==
X-Complaints-To: abuse@giganews.com
X-DMCA-Notifications: http://www.giganews.com/info/dmca.html
X-Abuse-and-DMCA-Info: Please be sure to forward a copy of ALL headers
X-Abuse-and-DMCA-Info: Otherwise we will be unable to process your
complaint properly
X-Postfilter: 1.3.39
Bytes: 1472
X-Original-Bytes: 1429
Xref: number1.nntp.dca.giganews.com giganews.test:21499
```

News Rover Global Usenet Newsgroup Search

Enter words from a message subject you want to search for

"Marisa Miller"                                                                    Clear search history

File type filter

All types of file attachments                              Modify Filters

Find messages... ○ With file attachments  ● With or without files  ○ Without files

Sort order for search hits
● Date posted
○ Subject
○ Size

Begin Search          Cancel Search          Search Properties

Marisa Miller - "Marisa Miller.part1.rar" yEnc
This is an RAR file set with 6 sections, 66 messages and a total size of 24.22 MB

| Subject | K bytes | Date Posted |
|---|---|---|
| Misc. - nn-marisa miller-052910-004.jpg 185.59 KB | 260 | 11-Mar-2011 |
| Misc. - nn-marisa miller-052510-002.jpg 838.54 KB | 1174 | 26-Feb-2011 |
| Misc. - nn-marisa miller-052510-003.jpg 926.08 KB | 1297 | 26-Feb-2011 |
| Marisa Miller - VH1 Pepsi Super Bowl Fan Jam in Grand Prairie, February 3, 2011 - Marisa Miller (2).jpg | 2205 | 4-Feb-2011 |
| houghi's wallpapers. May contain nudity - File 13 of 25: marisa miller 20110122 6528.jpg | 203 | 3-Feb-2011 |
| ISC2009 1027 Final (Part 1) 122 of 500 - ISC2009 0122 Marisa Miller@Yeti.jpg | 475 | 2-Feb-2011 |
| [+] [ 02214 ] - [ TrollHD ] - - "The Ellen DeGeneres Show 2011-01-31 Jesse Tyler Ferguson, Marisa Miller, the Band Perry 1080i HDTV DD5.1 MPEG2-TrollHD part01.rar" yEnc | 105783 | 1-Feb-2011 |
| [ 02214 ] - [ TrollHD ] - [ 00/48 ] - "The Ellen DeGeneres Show 2011-01-31 Jesse Tyler Ferguson, Marisa Miller, the Band Perry 1080i HDTV DD5.1 MPEG2-TrollHD.nzb" yEnc | 769 | 1-Feb-2011 |
| houghi's wallpapers. May contain nudity - File 17 of 25: marisa miller 20110122 6527.jpg | 1897 | 31-Jan-2011 |
| {abfc} - Marisa Miller -Shape 2011 V21.jpg | 818 | 18-Jan-2011 |
| houghi's wallpapers. May contain nudity - File 16 of 25: marisa miller 20091211 1480.jpg | 528 | 17-Jan-2011 |
| [+] Marisa Miller - "Marisa Miller.part1.rar" yEnc | 20146 | 17-Jan-2011 |
| houghi's wallpapers. May contain nudity - File 13 of 25: marisa miller 20091212 0034.jpg | 496 | 14-Jan-2011 |
| Girls of Days Gone By (360/52) - "Marisa Miller 02 1024.jpg" yEnc 140013 bytes · | 142 | 7-Jan-2011 |
| houghi's wallpapers. May contain nudity - File 14 of 25: marisa miller 20100427 6588.jpg | 101 | 22-Dec-2010 |
| houghi's wallpapers. May contain nudity - File 15 of 25: marisa miller 20100427 6783.jpg | 1016 | 15-Dec-2010 |
| A Post - gal bad marisa miller.jpg 42447 bytes | 58 | 10-Dec-2010 |
| yr Desktop Stars fills - Marisa Miller 827200832102PM975.jpg  367 - 132/181 yEnc | 379 | 5-Dec-2010 |
| houghi's wallpapers. May contain nudity - File 18 of 25: marisa miller.jpg 20091211 1479.jpg | 295 | 3-Dec-2010 |
| houghi's wallpapers. May contain nudity - File 16 of 25: marisa miller 20100427 6791.jpg | 741 | 25-Nov-2010 |
| houghi's wallpapers. May contain nudity - File 15 of 25: marisa miller 20091212 0031.jpg | 234 | 20-Nov-2010 |
| 90% of your request - - zFoxo [277/374] - "Marisa Miller 827200832102PM975.jpg" 376251 yEnc | 380 | 13-Nov-2010 |
| MARISA MILLER | 43 | 11-Nov-2010 |
| houghi's wallpapers. May contain nudity - File 16 of 25: marisa miller 20091211 6585.jpg | 135 | 17-Oct-2010 |
| houghi's wallpapers. May contain nudity - File 16 of 25: marisa miller 20091211 1481.jpg | 539 | 15-Oct-2010 |
| marisa miller77.jpg 10/13 | 221 | 8-Oct-2010 |
| houghi's wallpapers. May contain nudity - File 13 of 25: marisa miller 20091211 1478.jpg | 489 | 3-Oct-2010 |
| Misc. - nn-marisa miller-051910-001.jpg 605.82 KB | 848 | 20-Sep-2010 |
| Fullpost Falcon99 (Finished @ 88) [80/89] - "Falcon99 080 Marisa Miller 01.jpg" yEnc | 167 | 13-Sep-2010 |
| Misc. - nn-marisa miller-051510-001.jpg 266.48 KB | 373 | 1-Sep-2010 |
| Misc. - nn-marisa miller-051510-002.jpg 254.96 KB | 357 | 1-Sep-2010 |
| Misc. - nn-marisa miller-051510-003.jpg 287.81 KB | 403 | 1-Sep-2010 |

Get Selected Files     Create .nzb file     Set Favorites     Search for Favorites     Close

Exh. 37, Pg. 1






marisa_miller


marisa_miller6


marisa_miller14


marisa_miller16


marisa_miller131


marisa_miller-3074


marisa_miller_4


marisa_miller_8


marisa_miller_9


marisa_miller_13


marisa_miller_18


marisa_miller_19


marisa_miller_21


marisa_miller_25


marisa_miller_26


marisa_miller_27


marisa_miller_28


marisa_miller_31


marisa_miller_32


marisa_miller_38


marisa_miller_47


Marisa_Miller_18954


Marisa_Miller_199116g.0.0.0
x0.432x646


marisa_miller_abs4


marisa_miller_freckles_01


marisa_miller_freckles_02


marisa_miller_freckles_03


marisa_miller_freckles_05


marisa_miller_freckles_06


marisa_miller_freckles_07


marisa_miller_freckles_08


marisa_miller_freckles_09


marisa_miller_nude_pt_2


marisa_miller_ralph_may_ne
_2_big


Marisa_Miller_Topless_Sl_p
hotoshoot

Exh. 37, Pg. 4

Case 2:11-cv-07098-JHN -RZ Document 68-3 Filed 09/02/11 Page 10 of 24 Page ID #:4943



INTERNET ARCHIVE

**WAYBACK Machine** BETA

http://www.giganews.com/legal/dmca.html

[ Latest ]

[ Show All ]

## Page cannot be crawled or displayed due to robots.txt.

See www.giganews.com robots.txt page. Learn more about robots.txt.



The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library, nasaimages.org & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use

Exh. 38, Pg. 1





**http://usenet.net**

Latest

Show All

## Page cannot be crawled or displayed due to robots.txt.

See usenet.net robots.txt page. Learn more about robots.txt.

 The Wayback Machine is an initiative of the Internet Archive, a
501(c)(3) non-profit, building a digital library of Internet sites and
other cultural artifacts in digital form.
Other projects include Open Library, nasaimages.org & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's
Terms of Use

Exh. 38, Pg. 2





http://powerusenet.com

[ Latest ]

[ Show All ]

## Page cannot be crawled or displayed due to robots.txt.

See powerusenet.com robots.txt page. Learn more about robots.txt.

The Wayback Machine is an initiative of the Internet Archive, a
501(c)(3) non-profit, building a digital library of Internet sites and
other cultural artifacts in digital form.
Other projects include Open Library, nasaimages.org & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's
Terms of Use

Exh. 38, Pg. 3





## http://rhinonewsgroups.com

[ Latest ]

[ Show All ]

## Page cannot be crawled or displayed due to robots.txt.

See rhinonewsgroups.com robots.txt page. Learn more about robots.txt.



The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library, nasaimages.org & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use

Exh. 38, Pg. 4

third-party notices made CCBill and CWIE aware that it provided services to repeat infringers, and if so, whether they responded appropriately.

## B. Standard Technical Measures: § 512(i)(1)(B)

[17] Under § 512(i)(1)(B), a service provider that interferes with "standard technical measures" is not entitled to the safe harbors at §§ 512(a)-(d). "Standard technical measures" refers to a narrow group of technology-based solutions to online copyright infringement:

[T]he term "standard technical measures" means technical measures that are used by copyright owners to identify or protect copyrighted works and—

(A) have been developed pursuant to a broad consensus of copyright owners and service providers in an open, fair, voluntary, multi-industry standards process;

(B) are available to any person on reasonable and nondiscriminatory terms; and

(C) do not impose substantial costs on service providers or substantial burdens on their systems or networks.

§ 512(i)(2). Perfect 10 argues that CCBill does not qualify for any safe harbor because it interfered with "standard technical measures" by blocking Perfect 10's access to CCBill affiliated websites in order to prevent Perfect 10 from discovering whether those websites infringed Perfect 10 copyrights.

There are two disputed facts here.

We are unable to determine on this record whether accessing websites is a standard technical measure, which was "developed pursuant to a broad consensus of copyright owners and service providers in an open, fair, voluntary, multi-industry standards process."§ 512(i)(2)(A). We thus remand to the district court to determine whether access to a website is a "standard technical measure," and if so, whether CCBill interfered with that access.

If allowing access is a standard technical measure, CCBill claims it only blocked Perfect 10's credit card

because Perfect 10 had previously reversed charges for subscriptions; Perfect 10 insists it did so in order to prevent Perfect 10 from identifying infringing content. If CCBill is correct, Perfect 10's method of identifying infringement-forcing CCBill to pay the fines and fees associated with chargebacks-may well impose a substantial cost on CCBill. If not, CCBill may well have interfered with Perfect 10's efforts to police the websites in question for possible infringements. Because there are disputed issues of material fact, we remand to the district court for a determination of whether CCBill's refusal to process Perfect 10's transactions interfered with a "standard technical measure" for identifying infringement.

## C. Transitory Digital Network Communications: § 512(a)

[18] Section 512(a) provides safe harbor for service providers who act as conduits for infringing content. In order to qualify for the safe harbor of § 512(a), a party must be a service provider under a more restrictive definition than applicable to the other safe harbors provided under § 512:

As used in subsection (a), the term "service provider" means an entity offering the transmission, routing, or providing of connections for digital online communications, between or among points specified by a user, of material of the user's choosing, without modification to the **\*1116** content of the material as sent or received.

Section 512(k)(1)(A). The district court held that CCBill met the requirements of § 512(k)(1)(A) by "provid[ing] a connection to the material on its clients' websites through a system which it operates in order to provide its clients with billing services." Order at 1102. We reject Perfect 10's argument that CCBill is not eligible for immunity under § 512(a) because it does not itself transmit the infringing material. A service provider is "an entity offering the transmission, routing, or providing of connections for digital online communications."§ 512(k)(1)(A). There is no requirement in the statute that the communications must themselves be infringing, and we see no reason to import such a requirement. It would be perverse to hold a service provider immune for transmitting information that was infringing on its face, but find it contributorily liable for transmitting information that did not infringe.

© 2009 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Exh. 39, Pg. 1

**Subject: Email Confirmation**
**Date:** Thu, 3 Oct 2002 16:10:38 UT
**From:** signups@ccbill.com
**To:** normanz@earthlink.net

Dear Norman,

You recently attempted to subscribe to Celeb Key (913905 - 0003).

You are receiving this email because you have been declined due to

# Software error:

Can't call method "send" on an undefined value at /var/www/LIB/Banking/PacketHandler/EPX.pm line 157.

For help, please send mail to the webmaster (root), giving this error message and the time and date error. .

We apologize for any inconvenience this may have caused you and hope that you will try again in future.

Please visit our https://www.ccbill.com/system/support.cgi link for more information.

Thank You.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Billing services provided by CCBILL, LLC support@ccbill.com**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**PBL 30865**

1 of 1

Exh. 39, Pg. 2      10/3/2002 9:34 /

EXHIBIT 197 PAGE 2956

**Subject:** Email Confirmation
**From:** signups@ccbill.com
**Date:** Tue, 28 Oct 2003 20:26:58 UT
**To:** normanz@earthlink.net

Dear Norman,

You recently attempted to subscribe to Encyclopedia of Naked Celebs (900161 - 0000).

You are receiving this email because you have been declined due to Transaction Declined.

We apologize for any inconvenience this may have caused you and hope that you will try again in the near future.

Please visit our http://www.ccbill.com/system/support.cgi link for more information.

Thank You.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Billing services provided by CCBILL, LLC support@ccbill.com**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



1 of 1

**PBL 41157**

10/28/2003 12:43 PM

Exh. 39, Pg. 3

EXHIBIT 197 PAGE 2981

13 INFRINGING USENET PAYSITES MAKE UP 99.9% OF USENET

| USENET PAYSITE | MYBYTES |
|----------------|--------:|
| | |
| astraweb.com | 6,237.0 |
| xsnews.nl | 5,354.7 |
| news-service.com | 4,978.6 |
| supernews.com | 3,606.6 |
| giganews.com | 2,962.5 |
| eweka.nl | 1,455.1 |
| tweaknews.nl | 931.9 |
| highwinds-media.com | 721.3 |
| readnews.com | 366.2 |
| easynews.com | 64.7 |
| newshosting.com | 55.9 |
| newscene.com | 39.6 |
| newsguy.com | 39.4 |
| | |
| **TOTAL** | **26,813.5** |
| | |
| googlegroups.com | 20.1 |

1          SAN FRANCISCO, CALIFORNIA; MONDAY, APRIL 11, 2011

2          MR. SCHULTZ:  MAY IT PLEASE THE COURT.  I'M DAVID

3   SCHULTZ.  THIS IS JEFF MAUSNER.  AND WE REPRESENT PLAINTIFF

4   AND APPELLANT PERFECT 10.

5          PERFECT 10'S PRESIDENT DR. NORMAN ZADA IS ALSO

6   HERE.

7          I WOULD LIKE TO RESERVE 10 MINUTES FOR REBUTTAL.

8          THE DISTRICT COURT COMMITTED PERHAPS ITS MOST

9   CRITICAL ERROR IN THIS CASE BY INVALIDATING EVERY PERFECT 10

10  GROUP C NOTICE WITHOUT PROPERLY EXAMINING OR ANALYZING EACH

11  TYPE OF NOTICE.

12         THE COURT INCORRECTLY APPLIED THE REQUIREMENTS OF

13  THE DMCA.  IT ERRONEOUSLY RULED THAT EACH NOTICE FAILED TO

14  IDENTIFY THE COPYRIGHTED WORK CLAIMED TO HAVE BEEN INFRINGED

15  AND WAS TOO BURDENSOME.

16         THE HONORABLE ALEX KOZINSKI:  IT APPROVED THE GROUP

17  B NOTICES.

18         MR. SCHULTZ:  IT APPROVED --

19         THE HONORABLE ALEX KOZINSKI:  IN FORM.  SO, SOME OF

20  THEM WERE NOT COMPLETE, BUT IN FORM IT APPROVED THE GROUP B

21  NOTICES.

22         MR. SCHULTZ:  CORRECT, YOUR HONOR.  IT APPROVED

23  CERTAIN UNIDENTIFIED GROUP B NOTICES.  AND AS WE STAND HERE

24  TODAY, WE DON'T KNOW WHICH GROUP B NOTICES THE DISTRICT COURT

25  BELIEVED WAS COMPLIANT AND WHICH WERE NOT.  BUT YOU ARE

**Jeffrey N. Mausner**

From:        Jjancell@aol.com
Sent:        Monday, May 21, 2001 6:40 PM
To:          copyright@yahoo-inc.com; webmaster@google.com
Subject:     Notification of Claimed Copyright Infringement

<div style="border:1px solid red">Matches the email
address Google
requests on page 6</div>



Maya Photos.pdf

≈ attached with order

            May 21, 2001

By Electronic Mail to copyright@yahoo-inc.com

Anthony P. Coll

c/o Yahoo! Inc.

701 First Avenue

Sunnyvale, CA 94089

By Electronic Mail to webmaster@google.com

Re: Notification of Claimed Copyright Infringement Pursuant to 17 U.S.C. §
512; Use of PERFECT 10 Copyrighted Works; Violation of Right of Publicity

Dear Mr. Coll and Google:

    Perfect 10, Inc. is the publisher of Perfect 10® Magazine, and operates an
Internet website at <www.perfect10.com>, the contents of which are
copyrighted by Perfect 10.  Models appearing in Perfect 10 Magazine have
assigned their rights of publicity to Perfect 10, including all rights that
they have in the depictions of them that appear in Perfect 10 Magazine and
on Perfect 10's website, and the use of their names, including any rights
they have under California Civil Code §§3344 and 990, or any similar
statutes in any other state, and any common law rights of publicity.

    Using Yahoo, a search for the name of Perfect 10 Model "Maya Rubin"
results in "hits" on the following websites:

<A HREF="http://www.celebritypictures.com/MayaRubin/maya1.htm">Women
Celebrity Pictures, Maya Rubin Pictures -...</A>
http://www.celebritypictures.com/MayaRubin/maya1.htm ✓

<A HREF="http://grauestunion.com/topless/topless13.htm">Galerias Topless</A>

PRODUCED PURSUANT TO DEFENDANT GOOGLE
INC.'S FIRST SET OF REQUESTS FOR PRODUCTION
OF DOCUMENTS TO PLAINTIFF PERFECT 10, INC.

**CONFIDENTIAL**

1

http://granestacion.com/top___is/topless13.htm

These websites contain infringing copies of copyrighted photographs owned
by Perfect 10 of this model.  These websites are engaged in copyright
infringement, as well as a violation of Perfect 10's right of publicity.  By
linking to these websites, Yahoo is engaged in contributory infringement and
violation of rights or publicity.  Since some of these websites may be
pornographic, associating Perfect 10 Models with these websites may be
defamatory of the models.

This letter serves as Notification of Claimed infringement to an
Information Location Tool/Internet Service Provider pursuant to 17 U.S.C. §
512(c)(3) and (d).  The undersigned certifies as accurate, under penalty of
perjury, that (1) the undersigned is authorized to act on behalf of Perfect
10, Inc.; (2) the copyrighted works claimed to be infringed are the
photographs that appear in Perfect 10 Magazine and/or Perfect 10's Website
at (www.perfect10.com); (3) the material claimed to be infringing appears in
the website(s) at:

http://www.celebritypictures.com/Pictures/Mayanah/maya2.jpg

http://granestacion.com/topless13.htm

(these websites contain infringing photographs owned by Perfect 10, as well
as other photographs);

(4) the service provider may reach the undersigned at
the following phone number: (702) 279-0787, e-mail address:
jjancel1@aol.com, or mailing address: John Ancell, c/o Perfect 10, Inc.,
P.O. Box 3398, Beverly Hills, CA 90212; (5) Perfect 10 has a good faith
belief that use of the material in the manner complained of is not
authorized by the copyright owner, its agent, or the law; (6) the
undersigned states under penalty of perjury that he is authorized to act on
behalf of the owner of the exclusive rights allegedly infringed upon.

You are now on notice that these websites, which your search engine refers
and links to, have infringed Perfect 10's copyrights and rights of
publicity.  It is now your responsibility to require the owners of these
sites to prove to you that they own the copyrights and rights of publicity

PRODUCED PURSUANT TO DEFENDANT GOOGLE
INC.'S FIRST SET OF REQUESTS FOR PRODUCTION
OF DOCUMENTS TO PLAINTIFF PERFECT 10, INC.

**CONFIDENTIAL**

2

for the photos posted on their sites. If you continue to refer and link users to these sites containing infringing copies of Perfect 10's photographs, Perfect 10 will have no alternative but to file a lawsuit against you for your failure to properly control sites that have already infringed our copyrights, violated our rights of publicity, defamed our models, and damaged our business. You seem to have no qualms about defaming actresses, models, and others by linking them to pornographic sites without apparently making any effort to determine whether their photographs legitimately appear on those sites. Now that you know that the above site has defamed models and/or infringed on copyrights, we demand that you act immediately or face the consequences.

If you have any questions or need further documentation in order to act you may contact Perfect 10's attorney:

Jeffrey N. Mausner

Berman, Mausner & Resser

4727 Wilshire Blvd., Suite 500

Los Angeles, CA 90010

Telephone: (323) 302-1212

Fax: (323) 932-9900

e-mail: Mausner@lawyer.com

This letter does not constitute a waiver of any rights that Perfect 10, Inc. or any model has against any person or entity, including the right to file a lawsuit against any search engine, Internet Service Provider, or website owner.

Sincerely,

PERFECT 10, INC.

JOHN ARGELL

PRODUCED PURSUANT TO DEFENDANT GOOGLE INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF PERFECT 10, INC.

CONFIDENTIAL

Exh. 11, Pg. 3
ER 30101
PG DMCA0039
Exh. 42, Pg. 3



Maya Rubin, Page 1

http://www.celebritypictures.com/MayaRubin/maya1.htm



http://www.celebritypictures.com/Pictures/MayaRubin/maya2.jpg



http://granestacion.com/topless/topless13.htm



http://granestacion.com/topless/topless/t13/t131.htm

CONFIDENTIAL



http://www.celebritypictures.com/MayaRubin/maya1.htm



http://www.celebritypictures.com/Pictures/MayaRubin/maya2.jpg



http://granestacion.com/topless/topless13.htm



http://granestacion.com/topless/t13/t131.htm

**CONFIDENTIAL**

PG_DMCA0040

**Exhibit L10, Page 193**
Exhibit B, Page 83

Exh. 42, Pg. 5

Google Terms of Service        [Example of Contrary Evidence from Perfect 10's Excerpts of Record]

It is our policy to respond to notices of alleged infringement that comply with the Digital Millennium Copyright Act in an appropriate manner under such Act and other applicable intellectual property laws, including the removal or disabling of access to material claimed to be the subject of infringing activity.

Pursuant to 17 United States Code 512(c)(2) (Digital Millennium Copyright Act of 1998), WorkExchange's designated agent for notice of alleged copyright infringement appearing on our Site. Direct any notices of infringement to:

Google, Inc.
Attn: Salar Kamangar
2400 Bayshore Pkwy
Mountain View, CA 94043
Phone: 650-318-0200 ext. 1009
Fax: 650-618-1499
Email address: webmaster@google.com

To file a notice of infringement with us, one needs to fulfill the requirements specified in Title II of the Digital Millennium Copyright Act of 1998. The text of this statute can be found at the U.S. Copyright Office Web Site, http://lcWeb.loc.gov/copyright/.

**Disclaimer of Warranties**

Google disclaims any and all responsibility or liability for the accuracy, content, completeness, legality, reliability, or operability or availability of information or material displayed in the Google Search Services results. Google disclaims any responsibility for the deletion, failure to store, misdelivery, or untimely delivery of any information or material. Google disclaims any responsibility for any harm resulting from downloading or accessing any information or material on the Internet through the Google Search Services.

THE GOOGLE SEARCH SERVICES ARE PROVIDED "AS IS," WITH NO WARRANTIES WHATSOEVER. GOOGLE EXPRESSLY DISCLAIMS TO THE FULLEST EXTENT PERMITTED BY LAW ALL EXPRESS, IMPLIED, AND STATUTORY WARRANTIES, INCLUDING, WITHOUT LIMITATION, THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT OF PROPRIETARY RIGHTS. GOOGLE DISCLAIMS ANY WARRANTIES REGARDING THE SECURITY, RELIABILITY, TIMELINESS, AND PERFORMANCE OF THE GOOGLE SEARCH SERVICES. GOOGLE DISCLAIMS, ANY WARRANTIES FOR ANY INFORMATION OR ADVICE OBTAINED THROUGH THE GOOGLE SEARCH SERVICES. GOOGLE DISCLAIMS ANY WARRANTIES FOR SERVICES OR GOODS RECEIVED THROUGH OR ADVERTISED ON THE GOOGLE SEARCH SERVICES OR RECEIVED THROUGH ANY LINKS PROVIDED BY THE GOOGLE SEARCH SERVICES, AS WELL AS FOR ANY INFORMATION OR ADVICE RECEIVED THROUGH ANY LINKS PROVIDED IN THE GOOGLE SEARCH SERVICES.

YOU UNDERSTAND AND AGREE THAT YOU DOWNLOAD OR OTHERWISE OBTAIN MATERIAL OR DATA THROUGH THE USE OF THE GOOGLE SEARCH SERVICES AT YOUR OWN DISCRETION AND RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGES TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS IN THE DOWNLOAD OF SUCH MATERIAL OR DATA.

http://web.archive.org/web/20010413151316/http://www.google.com/terms_of_service.html[10/10/2009 10:34:34 PM]