Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
K. Joon Oh (SBN: 246142)
koh@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA  94111-5802
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400

Attorneys for Defendants
GIGANEWS, INC. AND LIVEWIRE SERVICES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>GIGANEWS, INC., a Texas corporation; LIVEWIRE SERVICES, INC., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>           Defendants. | **Case No. 11-cv-07098-AHM (SHx)**<br><br>**NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF'S REPLY BRIEF AND DECLARATIONS**<br><br>Date:  October 24, 2011<br>Time: 10:00 a.m.<br><br>**Hon. A. Howard Matz**<br><br>**(Memorandum of Points & Authorities in Support; Supporting Declarations of Andrew P. Bridges and Ronald Yokubaitis; [Proposed] Order filed concurrently)** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on October 24, 2011, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Howard Matz presiding in Courtroom 14 of the above-entitled court located at 312 N. Spring Street, Los Angeles, California, Defendants GIGANEWS, INC. and LIVEWIRE SERVICES, INC. ("Defendants") will, and hereby do, move to strike Perfect 10's Reply in Support of Its Motion for Preliminary Injunction against Defendants Giganews, Inc. and

Livewire Services, Inc., and the supporting declarations of Norman Zada, Sean Chumura, and Craig Yamato filed concurrently therewith. Because it is filed in connection with a motion for preliminary injunction, this motion is exempt from the pre-filing conference of counsel requirement pursuant to L.R. 7-3.

Respectfully submitted,

Dated: September 23, 2011

WINSTON & STRAWN LLP

By: /s/ Andrew P. Bridges
Andrew P. Bridges
Jennifer A. Golinveaux
K. Joon Oh

Attorneys for Defendants
GIGANEWS, INC., AND LIVEWIRE SERVICES, INC.

SF:319407.2

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802