Eric J. Benink, Esq. (State Bar No. 187434)
Krause Kalfayan Benink & Slavens, LLP
550 West C Street, Suite 530
San Diego, California  92101
eric@kkbs-law.com
(619) 232-0331
(619) 232-4019

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GIGANEWS, INC., a Texas corporation; LIVEWIRE SERVICES, INC., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO. 11 CV 7098 AHM (SHx)<br><br>**PLAINTIFF PERFECT 10, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE:　　None<br>TIME:　　None<br>CTRM:　　 14<br><br>JUDGE:　A. Howard Matz |

1   Plaintiff Perfect 10, Inc. hereby requests, pursuant to Fed. R. Evid., Rule 201(b),
2   that the Court take judicial notice of the United States Department of Justice's News
3   Release issued on January 19, 2012.  The News Release is attached hereto as Exhibit 1.

5   Dated: February 6, 2012                KRAUSE KALFAYAN BENINK & SLAVENS, LLP.

7                                           /s/  Eric Benink
8                                          _____
                                           Eric J. Benink
9                                          Attorneys for Plaintiff
                                           Perfect 10, Inc.