# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PLAINTIFF(S)<br>v.<br>DEFENDANT(S). | CASE NUMBER<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

_____   _____   _____
Date Filed                         Doc. No.              Title of Doc.

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: _____       By: _____
                                                              Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge