# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | CV 11-7098 ABC (Shx) | Date: | March 13, 2013 |
|---|---|---|---|
| Title: | Perfect 10, Inc. -vs- Giganews, Inc., et al. | | |

| Present: The Honorable: | Audrey B. Collins, United States District Judge | |
|---|---|---|
| A. Bridges | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings (In Chambers):   **CASE TRANSFERRED TO JUDGE COLLINS**

**PLEASE TAKE NOTICE** that this action has been reassigned to the Honorable Audrey B. Collins, United States District Judge.

Please substitute the initials **ABC** in place of the initials AHM. The case number will now read: **CV 11-7098 ABC (SHx)**. Henceforth, it is imperative that the initials ABC be used on all documents to prevent any delays in processing of documents.

The Courtroom Deputy Clerk for Judge Collins is Angela Bridges, who may be reached at (213) 894-6500. Judge Collins's courtroom is located on the 6th floor of the Royal Federal Building, Courtroom 680. Additional information about Judge Collins may be found on the Court's website at **www.cacd.uscourts.gov, "Judges' Procedures & Schedules."**

Please be advised that all mandatory chambers copies should be delivered directly to chambers by noon of the business day following filing. The copies shall include the E-Filed Header and/or the E-Filing Confirmation sheet. Failure to comply may result in the imposition of monetary sanctions. In addition, all proposed orders should be electronically mailed in WordPerfect or Microsoft Word to the Judge's generic e-mail address: **abc_chambers@cacd.uscourts.gov.**

Lastly, please review the Judge's Motion calendar located on the court's website **before** noticing a motion for hearing. Failure to comply may result in the motion being stricken from the record and/or in the imposition of monetary sanctions.

|  | ---- : ---- |
|---|---|
| Initials of Preparer | AB |

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL**

| Case No.: | CV 11-7098 ABC (Shx) | Date: | March 13, 2013 |
|---|---|---|---|
| Title: | Perfect 10, Inc. -vs- Giganews, Inc., et al. | | |