ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendants
GIGANEWS, INC., and
LIVEWIRE SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 11-cv-07098-ABC (SHx)<br><br>**APRIL 19, 2013 DECLARATION OF RONALD B. YOKUBAITIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date: June 17, 2013<br>Time: 10:00 a.m.<br>Dept: Courtroom 680<br>Judge: Hon. Audrey B. Collins |

I, Ronald B. Yokubaitis, declare as follows:

1. I am Giganews's agent designated to receive notification of claimed infringement pursuant to Section 512(c) of the Copyright Act. 17 U.S.C. § 512(c). I have been Giganews's designated agent at all times relevant to this case. As Giganews's designated agent, I have personal knowledge of Giganews's policies, procedures, and processes regarding notifications of claimed infringement. I have reviewed Perfect 10's Amended Complaint in this action (Dkt. 101). I have

1 personal knowledge of the facts I state in this declaration, and if called to testify to them could do so competently.

2. Attached as Exhibit A to this declaration is a true and correct copy of a letter, dated March 25, 2009, that Giganews received from Norm Zada of Perfect 10, Inc. That letter included a DVD. Perfect 10's letter did not identify any particular infringing Usenet postings and claimed that the DVD contained a "sampling of our copyrighted materials." I previously attached a true and correct copy of the DVD that accompanied the March 25, 2009 letter as Exhibit B to my June 22, 2011 Declaration in Support of Defendants' Rule 12(b)(6) Motion to Dismiss. My June 22, 2011 Declaration was filed as Docket No. 11-3, and a copy of that DVD was lodged with the Court on July 14, 2011 pursuant to the Southern District of California' June 30, 2011 Order (Dkt. 15). To the best of my understanding, this is the March 25, 2009 "notice" the Amended Complaint refers to in paragraph 45.

3. Attached as Exhibit B to this declaration is a true and correct copy of a letter, dated April 7, 2009, that I, as Giganews's designated agent under Section 512(c) of the Copyright Act, sent to Norm Zada of Perfect 10, Inc. It states: "Each and every article posted to a Usenet server has its own unique Message ID. We cannot locate any article without the Message ID and therefore Giganews will need the full headers and/or Message-Ids to find the specific infringing material and remove it." In that letter, I asked Perfect 10 to "[p]lease, help us, to help you, protect you or your members' copyrights, by always sending electronically the articles' headers and Message-IDs." To the best of my understanding, Exhibit B is the response "Giganews wrote back" that the Amended Complaint refers to in paragraph 45.

4. Between June 28, 2011 and August 17, 2011, Giganews received 43 defective DMCA notices from Norm Zada of Perfect 10, Inc. Attached as Exhibits

| YOKUBAITIS DECLARATION ISO MOTION TO DISMISS AMENDED COMPLAINT | 2 | CASE NO. 11-cv-07098-ABC (SHx) |



C to PP to this declaration are true and correct copies of those defective DMCA notices. Due to differences in time zones, I include as exhibits four notices sent between midnight and 1:00 a.m. Central time on August 18, 2011 (between 11:00 p.m. and midnight Pacific time on August 17, 2011). To the best of my knowledge, Exhibits C to PP are the "notices" Perfect 10 sent "[b]etween June 28, 2011 and August 17, 2011" that the Amended Complaint refers to in paragraph 46. The first page of each exhibit is a true and correct copy of the email attaching each "notice." Mr. Zada sent each of these emails to dmca2008@giganews.com, Giganews's designated email address under the DMCA. None identify any unique Message IDs. Only the notices from April 6, 2011 to April 18, 2011 (Exhibits HH-PP) contain language stating "all of the images that appear as a result of that search are copyrighted by Perfect 10" (though some of the notices also contained an errant comma after the word "search").

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 19, 2013, in Austin, Texas.

                                               Ronald B. Yokubaitis