# EXHIBIT A

# Amended Interim Designation of Agent to Receive Notification of Claimed Infringement

Full Legal Name of Service Provider: Giganews, Inc.

Alternative Name(s) of Service Provider (including all names under which the service provider is doing business): Giganews.com, Inc., Giganews, Giganews.com

Address of Service Provider: 1044 Liberty Park Drive, Austin, Texas 78746

Name of Agent Designated to Receive Notification of Claimed Infringement: Ronald Barron Yokubaitis

Full Address of Designated Agent to which Notification Should be Sent (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 1044 Liberty Park Drive, Austin, Texas 78746

Telephone Number of Designated Agent: 512-684-9700

Facsimile Number of Designated Agent: 512-684-9741

Email Address of Designated Agent: dmca2008@giganews.com

Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office: Giganews, Inc.; Giganews.com, Inc.; Giganews; Giganews.com 4/6/2007 -

Signature of [illegible] representative of the Designating Service Provider: Date: JAN 7, 2008

Typed or Printed Name and Title: Ronald Barron Yokubaitis, DMCA Agent

Note: This Amended Interim Designation Must be Accompanied by a $80 Filing Fee Made Payable to the Register of Copyrights.

RECEIVED
JAN 1 1 2008
COPYRIGHT OFFICE

163615437

Exh. A, Page 1