# EXHIBIT A

# Giganews

**1938** DAYS OF RETENTION

  

Search

| Why Giganews? | VyprVPN | Dump Truck | Mimo | Support | Blog |

LOG IN    START FREE TRIAL

## Giganews' One-time Notice of Copyright Infringement Email

Here is a sample of what subscribers caught infringing copyrights receive the first time we receive a valid DMCA Notice. The second infringement Notice results in the subscriber's account being terminated and the subscriber blocked from signing up with Giganews' service again.

```
From: Giganews DMCA Team <dmca2008@giganews.com>
To: Jake Subscriber <jsub@hisdomain.com>
Subject: One-time Notice of Copyright Infringement

This is your one-time Notice of copyright Infringement.

Giganews has received Notice from a copyright owner, or its Agent,
that you, or someone using your account, have posted copies of
unauthorized copyrighted material.  Stop immediately.

Please review our Terms and Conditions, which you agreed to at the
time you signed up for service with Giganews
(http://www.giganews.com/info/terms.html).

Posting copyrighted material to Giganews' servers without the
permission of the copyright holder, violates our Terms of Service, and
subjects your account to immediate cancellation and forfeiture of any
pre-paid money remaining on your account.

You will not receive any further notice should you, or anyone using
your account, again post copyrighted materials without permission of
the copyright holder.  Your account will be canceled the moment we get
notice that additional materials have been posted.

This is your only and last warning.  Stop posting copyrighted
materials to Giganews' servers or your account will be canceled
without further notice.

We have suspended the posting privileges on your account.  We will
consider reactivating posting privileges only after you reaffirm, in a
clear, unqualified, and unambiguous manner, your future compliance
with the Terms of Service for Giganews service, and that no further
unauthorized and/or infringing copyrighted material will be posted to
our servers through your account.

We must receive a reply of compliance within 3 days from the date of
this email or we may further consider your Giganews account for a
permanent posting restriction, or account termination at our
discretion.

Sincerely,
Giganews DMCA Team
   dmca2008@giganews.com

----Forwarded copy of original DMCA Notice----
A copy of the DMCA Notice goes here.
```

**Follow Giganews:**



DIAMOND    $29.99 (~22,14€)
Unlimited Usenet + SSL
50 Connections
VyprVPN Pro
30 GB Dump Truck Online Storage
Mimo Usenet Browser + Search



PLATINUM    $19.99 (~14,76€)
Unlimited Usenet + SSL
20 Connections
VyprVPN Basic
5 GB Dump Truck Online Storage
Mimo Usenet Browser + Search

SILVER    $14.99 (~11,07€)
50GB Usenet + SSL
20 Connections
5 GB Dump Truck Online Storage
Mimo Usenet Browser + Search

Other Usenet plans starting at $4.99 »

**What People are Saying**

*The mimo browser is one of the reason I like giganews over the others. Easy to use. Easy to search and fast at downloading.*

Serge - Albuquerque, New Mexico

**Recent Blog Posts** 

Download Giganews

**Exh. A, Page 1**

Accelerator now!

Get the best Usenet service in the world!

Start Free Trial

**GIGANEWS**

About Us
Terms of Service
Legal
DMCA
Site Feedback
Site Map
Affiliates
Outsourcing
Careers

**RESOURCES**

Speed & Traceroute
VyprVPN
Dump Truck
Mimo
Giganews Accelerator
Blog
Peering
Refer a Friend
News

**SUPPORT**

Support Overview
Welcome Kit
Usenet Support
VyprVPN Support
Dump Truck Support
Mimo Support
Usenet University
Contact Support

**LANGUAGES**

English
Français
Português
简体中文
Deutsch
Español
日本語
한국어
Nederlands
繁體中文

Giganews® and the Giganews logo are registered trademarks of Giganews, Inc. ©2013 Giganews, Inc.

Exh. A, Page 2

