# EXHIBIT B

```
<K6ydnQdLi86X30HVnZ2dnUVZ8uednZ2d@giganews.com> - FOUND : 221 0
<K6ydnQdLi86X30HVnZ2dnUVZ8uednZ2d@giganews.com>
<M9ednc39nsXSPc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9ednc39nsXSPc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9ednc79nsXJPc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9ednc79nsXJPc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edncD9nsX0Pc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edncD9nsX0Pc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edncH9nsX6Pc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edncH9nsX6Pc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edncL9nsXwPc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edncL9nsXwPc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edncP9nsX2Pc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edncP9nsX2Pc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edncT9nsX8Pc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edncT9nsX8Pc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edncX9nsXCPc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edncX9nsXCPc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9ednc_9nsXPPc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9ednc_9nsXPPc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edncb9nsX4Pc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edncb9nsX4Pc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edncf9nsX-Pc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edncf9nsX-Pc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edncj9nsXFPc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edncj9nsXFPc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edncn9nsXLPc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edncn9nsXLPc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edncr9nsXBPc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edncr9nsXBPc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edncv9nsXHPc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edncv9nsXHPc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edncz9nsXMPc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edncz9nsXMPc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edndD9nsXXPc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edndD9nsXXPc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edndH9nsXaPc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edndH9nsXaPc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edndL9nsXQPc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edndL9nsXQPc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edndP9nsXRPc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edndP9nsXRPc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edndT9nsXcPc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edndT9nsXcPc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edndX9nsWjPc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edndX9nsWjPc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
```

```
<M9edndb9nsXYPc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edndb9nsXYPc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edndf9nsXePc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edndf9nsXePc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9edndr9nsWnPc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9edndr9nsWnPc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<M9ednf39nsXyPc7XnZ2dnUVZ_rCdnZ2d@giganews.com> - FOUND : 221 0
<M9ednf39nsXyPc7XnZ2dnUVZ_rCdnZ2d@giganews.com>
<gJednYAWEs3WPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednYAWEs3WPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednYEWEs3VPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednYEWEs3VPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednYIWEs3TPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednYIWEs3TPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednYMWEs3QPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednYMWEs3QPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednYQWEs3fPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednYQWEs3fPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednYUWEs2jPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednYUWEs2jPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednYYWEs3bPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednYYWEs3bPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednYcWEs3YPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednYcWEs3YPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednYoWEs2nPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednYoWEs2nPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<cImdnbXYZup13EHVnZ2dneKdnZydnZ2d@giganews.com> - FOUND : 221 0
<cImdnbXYZup13EHVnZ2dneKdnZydnZ2d@giganews.com>
<gpednbQBd6KiPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednbQBd6KiPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednbUBd6KgPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednbUBd6KgPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednbYBd6LYPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednbYBd6LYPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednbcBd6LfPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednbcBd6LfPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednboBd6KmPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednboBd6KmPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednbsBd6KnPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednbsBd6KnPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednbkWEs3KPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednbkWEs3KPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednboWEs3APc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednboWEs3APc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednbsWEs3GPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednbsWEs3GPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
```

```
<gJednbwWEs3MPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednbwWEs3MPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednb8WEs3OPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednb8WEs3OPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednbAWEs30Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednbAWEs30Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednbEWEs36Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednbEWEs36Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednbIWEs3wPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednbIWEs3wPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednbMWEs32Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednbMWEs32Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednbQWEs3_Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednbQWEs3_Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednbUWEs39Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednbUWEs39Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednbYWEs34Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednbYWEs34Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednbcWEs35Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednbcWEs35Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednbgWEs3EPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednbgWEs3EPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednb0WEs3NPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednb0WEs3NPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gJednb4WEs3IPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gJednb4WEs3IPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpedna0Bd6LSPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpedna0Bd6LSPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpedna4Bd6LJPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpedna4Bd6LJPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpedna8Bd6LPPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpedna8Bd6LPPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednaABd6L1Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednaABd6L1Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednaEBd6L7Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednaEBd6L7Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednaIBd6LxPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednaIBd6LxPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednaMBd6L3Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednaMBd6L3Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednaQBd6L9Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednaQBd6L9Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednaUBd6LDPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednaUBd6LDPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednaYBd6L4Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednaYBd6L4Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
```

```
<gpednacBd6L_Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednacBd6L_Pc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednagBd6LFPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednagBd6LFPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednakBd6LLPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednakBd6LLPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednaoBd6LBPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednaoBd6LBPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednasBd6LHPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednasBd6LHPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednawBd6LMPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednawBd6LMPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednbABd6LUPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednbABd6LUPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednbEBd6LaPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednbEBd6LaPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednbIBd6LTPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednbIBd6LTPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<gpednbMBd6LRPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednbMBd6LRPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<yYKdnUCkzMncPc7XnZ2dnUVZ_ukAAAAA@giganews.com> - FOUND : 221 0
<yYKdnUCkzMncPc7XnZ2dnUVZ_ukAAAAA@giganews.com>
<yYKdnUGkzMmiPc7XnZ2dnUVZ_umdnZ2d@giganews.com> - FOUND : 221 0
<yYKdnUGkzMmiPc7XnZ2dnUVZ_umdnZ2d@giganews.com>
<ruCdnZQ5Y7FC3EHVnZ2dnUVZ8uidnZ2d@giganews.com> - FOUND : 221 0
<ruCdnZQ5Y7FC3EHVnZ2dnUVZ8uidnZ2d@giganews.com>
<yYKdnW-kzMnxPc7XnZ2dnUVZ_umdnZ2d@giganews.com> - FOUND : 221 0
<yYKdnW-kzMnxPc7XnZ2dnUVZ_umdnZ2d@giganews.com>
<yYKdnW2kzMn1Pc7XnZ2dnUVZ_umdnZ2d@giganews.com> - FOUND : 221 0
<yYKdnW2kzMn1Pc7XnZ2dnUVZ_umdnZ2d@giganews.com>
<yYKdnW6kzMnzPc7XnZ2dnUVZ_ukAAAAA@giganews.com> - FOUND : 221 0
<yYKdnW6kzMnzPc7XnZ2dnUVZ_ukAAAAA@giganews.com>
<gpednd0Bd6LzPc7XnZ2dnUVZ_sqdnZ2d@giganews.com> - FOUND : 221 0
<gpednd0Bd6LzPc7XnZ2dnUVZ_sqdnZ2d@giganews.com>
<yYKdnUKkzMnbPc7XnZ2dnUVZ_ukAAAAA@giganews.com> - FOUND : 221 0
<yYKdnUKkzMnbPc7XnZ2dnUVZ_ukAAAAA@giganews.com>
<yYKdnUOkzMnZPc7XnZ2dnUVZ_umdnZ2d@giganews.com> - FOUND : 221 0
<yYKdnUOkzMnZPc7XnZ2dnUVZ_umdnZ2d@giganews.com>
<yYKdnUakzMmhPc7XnZ2dnUVZ_ukAAAAA@giganews.com> - FOUND : 221 0
<yYKdnUakzMmhPc7XnZ2dnUVZ_ukAAAAA@giganews.com>
<yYKdnUekzMmmPc7XnZ2dnUVZ_umdnZ2d@giganews.com> - FOUND : 221 0
<yYKdnUekzMmmPc7XnZ2dnUVZ_umdnZ2d@giganews.com>
<yYKdnXSkzMnGPc7XnZ2dnUVZ_ukAAAAA@giganews.com> - FOUND : 221 0
<yYKdnXSkzMnGPc7XnZ2dnUVZ_ukAAAAA@giganews.com>
<yYKdnXWkzMnFPc7XnZ2dnUVZ_umdnZ2d@giganews.com> - FOUND : 221 0
<yYKdnXWkzMnFPc7XnZ2dnUVZ_umdnZ2d@giganews.com>
```

```
<yYKdnXakzMnCPc7XnZ2dnUVZ_ukAAAAA@giganews.com> - FOUND : 221 0
<yYKdnXakzMnCPc7XnZ2dnUVZ_ukAAAAA@giganews.com>
<yYKdnXekzMnAPc7XnZ2dnUVZ_umdnZ2d@giganews.com> - FOUND : 221 0
<yYKdnXekzMnAPc7XnZ2dnUVZ_umdnZ2d@giganews.com>
<yYKdnXikzMnPPc7XnZ2dnUVZ_ukAAAAA@giganews.com> - FOUND : 221 0
<yYKdnXikzMnPPc7XnZ2dnUVZ_ukAAAAA@giganews.com>
<yYKdnXmkzMnNPc7XnZ2dnUVZ_umdnZ2d@giganews.com> - FOUND : 221 0
<yYKdnXmkzMnNPc7XnZ2dnUVZ_umdnZ2d@giganews.com>
<yYKdnXqkzMnIPc7XnZ2dnUVZ_ukAAAAA@giganews.com> - FOUND : 221 0
<yYKdnXqkzMnIPc7XnZ2dnUVZ_ukAAAAA@giganews.com>
<yYKdnXukzMnOPc7XnZ2dnUVZ_umdnZ2d@giganews.com> - FOUND : 221 0
<yYKdnXukzMnOPc7XnZ2dnUVZ_umdnZ2d@giganews.com>
<yYKdnXykzMnWPc7XnZ2dnUVZ_ukAAAAA@giganews.com> - FOUND : 221 0
<yYKdnXykzMnWPc7XnZ2dnUVZ_ukAAAAA@giganews.com>
<yYKdnWykzMn3Pc7XnZ2dnUVZ_ukAAAAA@giganews.com> - FOUND : 221 0
<yYKdnWykzMn3Pc7XnZ2dnUVZ_ukAAAAA@giganews.com>
<yYKdnX-kzMnQPc7XnZ2dnUVZ_umdnZ2d@giganews.com> - FOUND : 221 0
<yYKdnX-kzMnQPc7XnZ2dnUVZ_umdnZ2d@giganews.com>
<yYKdnX2kzMnUPc7XnZ2dnUVZ_umdnZ2d@giganews.com> - FOUND : 221 0
<yYKdnX2kzMnUPc7XnZ2dnUVZ_umdnZ2d@giganews.com>
<yYKdnX6kzMnSPc7XnZ2dnUVZ_ukAAAAA@giganews.com> - FOUND : 221 0
<yYKdnX6kzMnSPc7XnZ2dnUVZ_ukAAAAA@giganews.com>
<yYKdnXCkzMn-Pc7XnZ2dnUVZ_ukAAAAA@giganews.com> - FOUND : 221 0
<yYKdnXCkzMn-Pc7XnZ2dnUVZ_ukAAAAA@giganews.com>
<yYKdnXGkzMn8Pc7XnZ2dnUVZ_umdnZ2d@giganews.com> - FOUND : 221 0
<yYKdnXGkzMn8Pc7XnZ2dnUVZ_umdnZ2d@giganews.com>
<yYKdnXKkzMn7Pc7XnZ2dnUVZ_ukAAAAA@giganews.com> - FOUND : 221 0
<yYKdnXKkzMn7Pc7XnZ2dnUVZ_ukAAAAA@giganews.com>
<yYKdnXOkzMn5Pc7XnZ2dnUVZ_umdnZ2d@giganews.com> - FOUND : 221 0
<yYKdnXOkzMn5Pc7XnZ2dnUVZ_umdnZ2d@giganews.com>
FOUND: 107/107
```