UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-7098-ABC(SHx) | Date | January 7, 2014 |
|---|---|---|---|
| Title | Perfect 10, Inc. v. Giganews, Inc., et al., | | |

| Present: The Honorable | Stephen J. Hillman, United States Magistrate Judge |
|---|---|
| Stephanie M. Lee | CS 1/7/2014 |
| Deputy Clerk | Court Reporter / Recorder |

| **Plaintiff** | **Defendant** |
|---|---|
| Lynell Diondra Davis | Andrew P. Bridges |
| | Kathleen Lu |
| | Ilana Rubel |
| | Ronald Yokubatis |
| | Dr. Norman Zada |

**Proceedings:**   **TELEPHONIC HEARING: MOTION FOR PROTECTIVE ORDER**

Case called. Counsel stated their appearances.

Oral argument heard. The Court took the matter under submission. The parties are ordered to submit respective proposed orders on disk on or before Thursday, January 9, 2014.

IT IS SO ORDERED.

|  | 00 | : | 19 |
|---|---|---|---|
| | Initials of Preparer | sml | |