UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-07098-ABC (SHx) | Date | March 17, 2014 |
|---|---|---|---|
| Title | Perfect 10 Inc. v. Giganews, Inc., et al., | | |

| Present: The Honorable | Stephen J. Hillman | | |
|---|---|---|---|
| Sandra Butler | | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| N/A | | N/A | |

**Proceedings:**        (IN CHAMBERS)

The court revises Requests for Production Nos. 1 and 2, and now orders that plaintiff respond to the following Requests:

### REQUEST FOR PRODUCTION NO. 1:

All communications to, by or with all Third-Parties regarding Giganews and Livewire, regarding alleged infringements of plaintiff's copyrighted works by either Giganews or Livewire. For all individual communications over 10 MB, produce general components (such as cover letters) and all additional portions that are concerning defendants, so long as the portions provide sufficient additional material to provide a reasonable and accurate context so that one can understand the references to defendants. Defendants may inspect the remainder of the communication at the offices of Lynell Davis and Natalie Locke on reasonable advance notice and at a reasonable time during the business day.

### REQUEST FOR PRODUCTION NO. 2:

As a substitute for providing documents, Perfect 10 shall provide to Giganews a list of all businesses, entities, and websites that it has accused, up to the date of its response, of infringing upon its copyrights since January 1, 2000. That list shall include, at a minimum, all the websites to which Perfect 10 referred in page 2, paragraph no. 1 of Perfect 10's statement for the October 6, 2008 Case Management Conference before Judge Matz in Perfect 10 v. Google, (docket No. 385, filed October 5, 2008). While

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-07098-ABC (SHx) | Date | March 17, 2014 |
|---|---|---|---|
| Title | Perfect 10 Inc. v. Giganews, Inc., et al., | | |

Perfect 10 must provide a current list, Perfect 10 need not include in a new list of any of the businesses, entities, and website that it had identified in lists shown in

Exhibits A through G in docket No. 219, or in the full 32-page document of which Exhibit H is the first page, which it had previously filed in other cases, so long as Perfect 10 affirms in writing in this case that it has accused all those businesses, entities, and websites of infringing upon its copyrights.

cc: District Judge Collins
Magistrate Judge Hillman
Counsel of Record*
*the term "counsel" as used herein also includes any pro se party.
See Local Rule 2.9.3.

: 

Initials of Preparer