ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
ILANA RUBEL (CSB. No. 221517)
irubel@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendants
GIGANEWS, INC., and
LIVEWIRE SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada Corporation,<br><br>Counterclaimants,<br><br>v.<br><br>PERFECT 10, INC., a California Corporation,<br><br>Counterdefendant. | Case No.: 11-cv-07098-ABC (SHx)<br><br>**DISCOVERY MATTER**<br>*Before Hon. Stephen J. Hillman*<br><br>**DEFENDANTS GIGANEWS, INC. AND LIVEWIRE INC.'S NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**<br><br>Date:           April 28, 2014<br>Time:          2:00 P.M.<br>Courtroom: 550 (Roybal)<br><br>Discovery Cut-off:   June 30, 2014<br>Pretrial Conference: January 19, 2015<br>Trial Date:  January 27, 2015 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 28, 2014 at 2:00 p.m., or as soon thereafter as counsel may be heard in Courtroom 550 of the United States District Court for the Central District of California, located at 255 East Temple Street, Los Angeles, CA 90012-3332, Giganews, Inc. and Livewire Services, Inc. ("Defendants") will and hereby do move for an order compelling Perfect 10 to provide responses to interrogatories (Interrogatory Nos. 1-6) and to produce documents (Request Nos. 4-20, 23-68, 70-78).

The Motion to Compel is based on this Notice of Motion, the Joint Stipulation, the Declaration of Todd Gregorian and the Exhibits thereto, filed concurrently herewith, all other pleadings and papers on File in this action, any matters of which this Court may take judicial notice, and such other evidence and argument as may be presented at or before the hearing on this matter.

Pursuant to Local Rule 37-1, the parties met and conferred on the matters in the Motion to Compel telephonically on February 4, 2014.

Dated: April 7, 2014                    FENWICK & WEST, LLP


By  */s/ Andrew Bridges*
    Andrew Bridges

Attorneys for Defendants
GIGANEWS, INC. and LIVEWIRE SERVICES, INC.

NOTICE OF MOTION DEFENDANTS'
MOTION TO COMPEL RESPONSES TO            1            CASE NO. 11-cv-07098-ABC (SHx)
INTERROGATORIES AND PROD OF DOCS