| | |
|---|---|
| 1 | ANDREW P. BRIDGES (CSB No. 122761) |
| | abridges@fenwick.com |
| 2 | ILANA RUBEL (CSB. No. 221517) |
| | irubel@fenwick.com |
| 3 | TODD R. GREGORIAN (CSB No. 236096) |
| | tgregorian@fenwick.com |
| 4 | KATHLEEN LU (CSB No. 267032) |
| | klu@fenwick.com |
| 5 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 6 | San Francisco, CA  94104 |
| | Telephone:   415.875.2300 |
| 7 | Facsimile:    415.281.1350 |
| 8 | Attorneys for Defendants |
| | GIGANEWS, INC., and |
| 9 | LIVEWIRE SERVICES, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation, | Case No.: 11-cv-07098-ABC (SHx) |
| Plaintiff, | **DISCOVERY MATTER**<br>*Before Hon. Stephen J. Hillman* |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS GIGANEWS, INC. AND LIVEWIRE INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS** |
| GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | Date:           April 28, 2014<br>Time:           2:00 P.M.<br>Courtroom:  550 (Roybal) |
| GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada Corporation, | Discovery Cut-off:   June 30, 2014<br>Pretrial Conference: January 19, 2015<br>Trial Date:  January 27, 2015 |
| Counterclaimants, | |
| v. | |
| PERFECT 10, INC., a California Corporation, | |
| Counterdefendant. | |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS

CASE NO. 11-cv-07098-ABC (SHx)

Having considered the Joint Stipulation on Giganews, Inc.'s and Livewire Services, Inc. ("Defendants") Motion to Compel Responses to Interrogatories and Production of Documents, and good cause appearing therefor, the Court hereby GRANTS the motion:

Plaintiff Perfect 10 ("Plaintiff") shall: (1) serve complete written responses to the First Set of Interrogatories (Interrogatory Nos. 1-6) and (2) search for and produce documents in response to the Second Set of Requests for Production (Request Nos. 4-20, 23-68, 70-78), within fourteen (14) days of this order.

**IT IS SO ORDERED**.

Dated: April____, 2014      By: _____

                                              Stephen J. Hillman
                                      United States Magistrate Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS      1      CASE NO. 11-cv-07098-ABC (SHx)