UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-07098-ABC (SHx) | Date | April 24, 2014 |
|---|---|---|---|
| Title | Perfect 10 Inc. v. Giganews, Inc., et al., | | |

| Present: The Honorable | Stephen J. Hillman | | |
|---|---|---|---|
| Sandra Butler | | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| N/A | N/A | | |

**Proceedings:**     (IN CHAMBERS)

### First Set of Interrogatories:

For the Interrogatories granted herein, the Plaintiff's general objections are overruled.

1: Granted.

2: Granted, but limited to the time period alleged in the Complaint, up to the date of the response to this Interrogatory. The response may not be limited to full-time employees.

3: Denied. The spreadsheet which plaintiff is currently compiling will be sufficient to respond to this Interrogatory.

4: Granted, as set forth regarding Interrogatory #2.

5: Plaintiff shall produce one complete reproduction of each allegedly infringing Usenet message including the full set of message headers and the message body.

6: Plaintiff shall produce any supplemental responsive business records it may have, along with a supplemental Production Log.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-07098-ABC (SHx) | Date | April 24, 2014 |
|---|---|---|---|
| Title | Perfect 10 Inc. v. Giganews, Inc., et al., | | |

**Second Set of Requests For Production:**

For the Requests granted herein, Plaintiff may withhold alleged privileged or work product documents, provided that a detailed privilege log is served concurrent with document production. Privileged communications post-dating the filing of this Complaint need not be logged.   The general objections are overruled.

    4:    Granted, to the extent that plaintiff shall produce documents as the court has previously ordered (Dkt. 223), and a supplemental Production Log.

    5:     Granted.  Plaintiff shall produce all responsive documents. along with a supplemental Production Log.

  6 through 9:  Granted, including (as to #7) any prior Usenet subscriptions or accounts.

  10 through 13: Granted.

    14:     Granted.

    15:     Granted.

    16:     Granted, but limited to communications regarding copyright ownership.

  17 through 20, and 23:   Granted.

  24 through 27: Granted.

  28, 42 and 43: Granted.

    29:     Granted.

  30 through 32:  Granted.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-07098-ABC (SHx) | Date | April 24, 2014 |
|---|---|---|---|
| Title | Perfect 10 Inc. v. Giganews, Inc., et al., | | |

33:     Granted

34 and 35:   Granted.

36 through 39: Granted.

40:     Partially granted, to the extent that Request 63 is granted.

41:     Granted.

44:     Granted.

45:     Denied, however Request 64 is granted below.

46:     Granted.

47:     Granted.

48:     Granted.

49:     Granted.

50:     Granted.

51:     Granted.

52:     Granted.

53:     Granted.

54:     Plaintiff shall produce server logs from 2010 to date of production.

55:     Granted.

56:     Granted.

57:     Granted.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-07098-ABC (SHx) | Date | April 24, 2014 |
|---|---|---|---|
| Title | Perfect 10 Inc. v. Giganews, Inc., et al., | | |

58:    Denied as to any material beyond what has been previously ordered as far as DMCA Notices production.

59 and 60: Denied.

61:    Denied.

62:    Granted.

63:    Partially granted. Plaintiff need only produce documents sufficient to demonstrate that image recognition technology was available to service providers during the relevant time period.

64:    Granted.

65:    Granted.

66:    Granted.

67:    Granted.

68:    Granted.

70 and 71: Denied

72:    Granted.

73:    Granted.

74:    Granted.

75:    Denied.

76:    Granted.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-07098-ABC (SHx) | Date | April 24, 2014 |
|---|---|---|---|
| Title | Perfect 10 Inc. v. Giganews, Inc., et al., | | |

77: Granted, limited to the past five years.

78: Granted.

Full compliance with this Order shall be completed no later than the discovery cut-off date. However, Plaintiff shall commence to respond to each Interrogatory and Document Request on a rolling basis forthwith.


cc:   District Judge Collins
      Magistrate Judge Hillman
      Counsel of Record*
      *the term "counsel" as used herein also includes any pro se party.
      See Local Rule 2.9.3.

                                                                                                                              :

Initials of Preparer