ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
ILANA RUBEL (CSB. No. 221517)
irubel@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendants
GIGANEWS, INC., and
LIVEWIRE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada Corporation,<br><br>Counterclaimants,<br><br>v.<br><br>PERFECT 10, INC., a California Corporation,<br><br>Counterdefendant. | Case No.: 11-cv-07098-ABC (SHx)<br><br>**DISCOVERY MATTER**<br>***Before Hon. Stephen J. Hillman***<br><br>**JOINT STIPULATION REGARDING [PROPOSED] SECOND AMENDED ORDER GRANTING DEFENDANTS GIGANEWS, INC. AND LIVEWIRE SERVICES, INC.'S MOTION TO COMPEL DISCOVERY COMPLIANCE FROM THIRD-PARTY WITNESSES**<br><br>Discovery Cut-off: June 30, 2014<br>Pretrial Conference: January 19, 2015<br>Trial Date: January 27, 2015 |

1    Defendants GIGANEWS, INC., and LIVEWIRE SERVICES, INC.
2    ("Defendants"), Plaintiff PERFECT 10, INC. ("Plaintiff"), and Gwendalyn
3    Augustine ("Augustine"), Jennifer McCall ("McCall"), Sean Chumura
4    ("Chumura"), Melanie Poblete ("Poblete"), Szabolcs Apai ("Apai"), and Eileen
5    Koch ("Koch") (collectively, the "Third-Party Witnesses") hereby stipulate as
6    follows and request a confirming Order of the Court:

## STIPULATION

WHEREAS, on June 5, 2014, the Court entered Dkt. 312, the "ORDER GRANTING DEFENDANTS GIGANEWS, INC. AND LIVEWIRE SERVICES, INC.'S MOTION TO COMPEL DISCOVERY COMPLIANCE FROM THIRD-PARTY WITNESSES" (the "June 5, 2014 Order").

WHEREAS, on June 16, 2014, the Court subsequently entered Dkt. 318, the "AMENDED ORDER GRANTING DEFENDANTS GIGANEWS, INC. AND LIVEWIRE SERVICES, INC.'S MOTION TO COMPEL DISCOVERY COMPLIANCE FROM THIRD-PARTY WITNESSES" (the "Amended Order").

WHEREAS, on June 27, 2014, the Court entered Civil Minutes (Dkt. 338) directing counsel to "meet and confer, and then jointly lodge a Second Amended Order which tracked the court's original [June 5, 2014 Order] (deferring sanctions)."

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties and Third-Party Witnesses through their counsel of record as follows:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1. The Parties and Third-Party Witnesses request that the Court enter the "[PROPOSED] SECOND AMENDED ORDER GRANTING DEFENDANTS GIGANEWS, INC. AND LIVEWIRE SERVICES, INC.'S MOTION TO COMPEL DISCOVERY COMPLIANCE FROM THIRD-PARTY WITNESSES" submitted herewith.

Dated: July 7, 2014            FENWICK & WEST, LLP

By */s/ Joseph S. Belichick*
Joseph S. Belichick

Attorneys for Defendants
GIGANEWS, INC. and LIVEWIRE SERVICES, INC.

Dated: July 7, 2014            PERFECT 10, INC.

By */s/ David N. Schultz*
David N. Schultz

Attorneys for Plaintiff
PERFECT 10, Inc.

## **ATTESTATION**

I hereby attest that the concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ *Joseph S. Belichick*
Joseph S. Belichick