Eric J. Benink, Esq., SBN 187434
eric@kkbs-law.com
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
550 West C Street, Suite 530
San Diego, CA 92101
P 619.232.0331 | F 619.232.4019

Lynell D. Davis, Esq., SBN 271152
lynell@perfect10.com
Natalie Locke, Esq., SBN 261363
natalie@perfect10.com
PERFECT 10, INC.
11803 Norfield Court
Los Angeles, CA 90077
P 310.476.0794 | F 310.476.8138

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>　　　　Plaintiff,<br>　　v.<br>GIGANEWS, INC., a Texas corporation; LIVEWIRE SERVICES, INC., a Nevada corporation; and DOES 1 through 100, inclusive,<br>　　　　Defendants.<br>_____<br>GIGANEWS, INC., a Texas corporation; LIVEWIRE SERVICES, INC., a Nevada corporation; and DOES 1 through 100, inclusive,<br>　　　　Counter-claimants,<br>　　v.<br>PERFECT 10, INC., a California corporation,<br>　　　　Counter-defendant. | CASE NO. 2:11-cv-07098-ABC-SH<br><br>**DISCOVERY MATTER**<br>*Before Honorable Stephen J. Hillman*<br><br>**PERFECT 10, INC'S NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 37(B) FOR FAILURE TO COMPLY WITH A COURT ORDER**<br><br>*[JOINT STIPULATION AND DECLARATIONS OF LYNELL D. DAVIS, NORMAN ZADA AND MELANIE POBLETE FILED CONCURRENTLY HEREWITH]*<br><br>Date:　August 18, 2014<br>Time:　2:00 P.M.<br>Ctrm:　550 (Roybal)<br><br>Discovery Cut-Off: June 30, 2014<br>Pretrial Conference: January 19, 2015<br>Trial Date: January 27, 2015 |

Plaintiff Perfect 10, Inc.'s Notice Of Motion And Motion For Sanctions Pursuant to Fed. R. Civ. P. 37(B)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 18, 2014 at 2:00 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Stephen J. Hillman, located at 255 East Temple Street, Los Angeles, California 90012, Courtroom 550, Plaintiff Perfect 10, Inc. ("Perfect 10") will and hereby does move this Court for an Order imposing sanctions on Defendant Giganews Inc.'s ("Giganews") for its failure to comply with this Court's Order of June 2, 2014 (Dkt. 295) (the "Motion").

The Motion is based on this Notice of Motion and Motion, the Joint Stipulation, and the Declarations of Lynell D. Davis, Norman Zada and Melanie Poblete and the exhibits thereto, filed concurrently herewith, all other pleadings and papers on file in this action, any matters of which this Court may take judicial notice, and such other evidence and argument as may be presented at or before the hearing on this matter.

Pursuant to Local Rule 37-1, the parties met and conferred on the matters in the Motion telephonically on July 18, 2014.

Dated: July 18, 2014     Respectfully submitted,

By: _____/s/ Lynell Davis_____
Lynell D. Davis, Esq.
Attorney for Plaintiff Perfect 10, Inc.