ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
ILANA RUBEL (CSB. No. 221517)
irubel@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendants
GIGANEWS, INC., and
LIVEWIRE SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada Corporation,<br><br>Counterclaimants,<br><br>v.<br><br>PERFECT 10, INC., a California Corporation,<br><br>Counterdefendant. | Case No.: 11-cv-07098-ABC (SHx)<br><br>**DISCOVERY MATTER**<br>*Before Hon. Stephen J. Hillman*<br><br>**[PROPOSED] ORDER DENYING PERFECT 10, INC.'S JULY 28, 2014 MOTION FOR SANCTIONS**<br><br>Date: August 18, 2014<br>Time: 2:00 p.m.<br>Courtroom: 550 (Roybal)<br><br>Discovery Cut-off: June 30, 2014<br>Pretrial Conference: January 19, 2015<br>Trial Date: January 27, 2015 |

Having considered the motion for sanctions that Plaintiff Perfect 10, Inc. filed on July 28, 2014, the joint stipulation containing the parties' arguments for and against, and the parties' supporting and supplemental paper, the Court finds no cause for sanctions against Defendants. The Court therefore DENIES Plaintiff's motion for sanctions. Furthermore, in light of the string of meritless motions for sanctions that Plaintiff has filed in this case, and the resulting burden on the Court and Defendants, the Court orders Plaintiff to desist from filing any further motions for sanctions without first seeking leave from the Court, which Plaintiff may request by filing a joint letter of no more than four double-spaced pages summarizing Plaintiff's and Defendants' respective positions. Any such joint letter shall not include any accompanying affidavits, declarations, exhibits, or attachments.

**IT IS SO ORDERED**.

Dated: _____

                                        STEPHEN J. HILLMAN
                                        United States Magistrate Judge