# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-07098-ABC (SHx) | Date | August 14, 2014 |
|---|---|---|---|
| Title | Perfect 10 Inc. v. Giganews, Inc., et al., | | |

| Present: The Honorable | Stephen J. Hillman | | |
|---|---|---|---|
| Sandra Butler | | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| N/A | | N/A | |

**Proceedings:**         (IN CHAMBERS)

The court has reviewed the pleadings regarding plaintiff's Motion for Sanctions. Before reaching the issue of Sanctions, the court needs to know whether anything else can be done to insure that plaintiff has received all of the data in defendant's possession regarding the identity of the "posters". The allegations and counter allegations on this issue leave the court with inadequate technical expertise as to how to proceed.

One suggestion would be for the defendant to perform all of the data retrieval itself, since it refuses to share its decryption algorithm, and provide the data to plaintiff-- at plaintiff's expense– for a reasonable fee.

There may be alternative ways of approaching this issue, and the court welcomes any suggestions from the parties.

The Motion is calendared for telephonic hearing on August 25, 2014, at 2:00 p.m. unless all parties desire additional time to consider the options. The clerk is directed to arrange for the conference call, and advise counsel of the call-in number.

cc:     District Judge Collins
        Magistrate Judge Hillman
        Counsel of Record*
        *the term "counsel" as used herein also includes any pro se party.
        See Local Rule 2.9.3.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-07098-ABC (SHx) | Date | August 14, 2014 |
|---|---|---|---|
| Title | Perfect 10 Inc. v. Giganews, Inc., et al., | | |

 :

Initials of Preparer