1   ANDREW P. BRIDGES (CSB No. 122761)
    abridges@fenwick.com
2   ILANA RUBEL (CSB. No. 221517)
    irubel@fenwick.com
3   TODD R. GREGORIAN (CSB No. 236096)
    tgregorian@fenwick.com
4   KATHLEEN LU (CSB No. 267032)
    klu@fenwick.com
5   FENWICK & WEST LLP
    555 California Street, 12th Floor
6   San Francisco, CA  94104
    Telephone:  415.875.2300
7   Facsimile:   415.281.1350

8   Attorneys for Defendants
    GIGANEWS, INC., and
9   LIVEWIRE SERVICES, INC.

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                   WESTERN DIVISION

13   PERFECT 10, INC., a California        Case No.: 11-cv-07098-ABC (SHx)
     corporation,
14                                         **DISCOVERY MATTER**
                                           *Before Hon. Stephen J. Hillman*
15                  Plaintiff,
                                           **DEFENDANTS GIGANEWS, INC.**
16         v.                              **AND LIVEWIRE SERVICES,**
                                           **INC.'S NOTICE OF MOTION AND**
17   GIGANEWS, INC., a Texas Corporation;  **MOTION TO COMPEL**
     LIVEWIRE SERVICES, INC., a Nevada     **DISCOVERY COMPLIANCE AND**
18   corporation; and DOES 1 through 100,  **FOR SANCTIONS**
     inclusive,
19                                         Date:        September 8, 2014
                    Defendants.            Time:        2:00 P.M.
20                                         Courtroom:  550 (Roybal)

21   GIGANEWS, INC., a Texas Corporation;  Discovery Cut-off:    June 30, 2014
     LIVEWIRE SERVICES, INC., a Nevada     Pretrial Conference:  January 19, 2015
22   Corporation,                          Trial Date:           January 27, 2015

23                  Counterclaimants,

24         v.

25   PERFECT 10, INC., a California
     Corporation,
26
                    Counterdefendant.
27

28

DEFENDANTS' NOTICE OF MOTION AND                           CASE NO. 11-cv-07098-ABC (SHx)
MOTION TO COMPEL DISCOVERY
COMPLIANCE AND FOR SANCTIONS

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2        **PLEASE TAKE NOTICE** that on September 8, 2014 at 2:00 p.m., or as

3    soon thereafter as counsel may be heard in Courtroom 550 of the United States

4    District Court for the Central District of California, located at 255 East Temple

5    Street, Los Angeles, CA 90012-3332, pursuant to the Court's June 27, 2014 Civil

6    Minutes (Dkt. 338) and Local Rule 37, Giganews, Inc. and Livewire Services, Inc.

7    ("Defendants") will and hereby do move for the following relief:

8        1.    **Dismissal of Perfect 10's Claims and Default Judgment in favor of**

9    **Defendants Under Rule 37(b)**:  For failure to meaningfully participate in the

10   discovery process, the Court recommends the District Judge dismiss with prejudice

11   all of Perfect 10's claims against Defendants and grant default judgment in favor of

12   Defendants on their counterclaims.

13       2.    **Preclusionary Sanctions Under Rule 37(b)**:  For failure to produce

14   documents pursuant to the Court's discovery orders, Perfect 10 shall be precluded

15   from contending, at any hearing or trial and in support or opposition  to any motion

16   ▪ That Defendants or their agents took any volitional act that directly infringed

17      a Perfect 10 copyright.

18   ▪ That Defendants had the right and practical ability to control activities of

19      users of their services or the Usenet that Perfect 10 contends infringed a

20      Perfect 10 copyright.

21   ▪ That Defendants had a direct financial interest, or direct financial benefit

22      from, in such activities.

23   ▪ That Defendants failed to take simple measures to prevent damage to Perfect

24      10's copyrights or copyrighted works, following any actual knowledge of an

25      infringement.

26   ▪ That Defendants took affirmative steps to foster infringement of Perfect 10

27      copyrights.

28

1
2

- ▪ That Perfect 10 has suffered irreparable harm as a result of any of the actions of Defendants.

3          3.    **Full Compliance with the Court's Past Orders:**

4     Plaintiff Perfect 10 shall, within thirty (30) days of this order, fully comply

5  with the Court's past discovery orders of March 17, 2014 (Dkt. 223), April 24,

6  2014 (Dkt. 254); June 5, 2104 (Dkt. 311); and June 23, 2014 (Dkt. 326).  All

7  privilege objections are overruled:  Perfect 10 is instructed that it must not withhold

8  any responsive document or information based on a claim of privilege.

9     Perfect 10 will provide separate declarations under oath by Norman Zada and

10  its counsel regarding Perfect 10's search efforts for each request and interrogatory

11  in the Court's past orders.  These declarations should separately identify, for each

12  request, all steps taken to search for relevant documents or information, including

13  identifying all computers, electronic media, and paper files searched, all computers,

14  electronic media, and paper files maintained but did not search, the date range of

15  the documents they searched, all search terms employed for electronic searching,

16  and all other search methods employed.  These declarations should separately

17  identify by Bates number, for each request, what responsive documents Perfect 10

18  produced.

19     Each of the Perfect 10-afilliated witnesses shall, within thirty (30) days of

20  this order, fully comply with each of the Court's past discovery orders of June 5,

21  2014 (Dkt. 312); June 18, 2014 (Dkt. 320); and July 8, 2014 (Dkt. 342) that pertain

22  to them.  All privilege objections of Craig Yamato, Melanie Poblete, and Wendy

23  Augustine are overruled: each of them is instructed that he or she must not withhold

24  any responsive document or information based on a claim of privilege.

25     Each of the Perfect 10-afilliated witnesses and their counsel shall also

26  provide declarations under oath regarding their search efforts for each request in the

27  Court's past orders.  These declarations should separately identify, for each request,

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   all steps taken to search for relevant documents or information, including

2   identifying all computers, electronic media, and paper files searched, all computers,

3   electronic media, and paper files maintained but did not search, the date range of

4   the documents they searched, all search terms employed for electronic searching,

5   and all other search methods employed.  These declarations should separately

6   identify by Bates number, for each request, what responsive documents each

7   witness produced.

8         4.      **Further Depositions Under Rule 30(d)(1):**  Perfect 10 and each of

9   the Perfect 10-afilliated witnesses (Craig Yamato, Sean Chumura, Szabolcs Apai,

10  Melanie Poblete, Wendy Augustine, Mike Saz, and Sheena Chou) shall appear for

11  further depositions at a mutually agreeable time and place, not to exceed seven (7)

12  hours each,  regarding the documents that they failed to produce until after their

13  depositions and/or at the end of the fact discovery period (or after), and all matters

14  that appear in those documents.

15        5.      **Attorney Fees and Expenses**: Perfect 10 and each of the Perfect 10-

16  afilliated witnesses (Craig Yamato, Eileen Koch, Sean Chumura, Szabolcs Apai,

17  Melanie Poblete, and Wendy Augustine) shall pay Defendants' reasonable

18  attorneys' fees and costs incurred in connection with the following:

19     1. The two previous motions that Defendants filed and the resulting Orders of

20        this Court—Dkt. 322 [Yamato Compliance Order] and Dkt. 342 [Third-Party

21        Witness Compliance Order];[1]

22     2. This motion for sanctions that Perfect 10's and the Third-Party Witnesses'

23        conduct has necessitated; and

24     3. Taking the depositions of Perfect 10 and the Third-Party Witnesses regarding

25        the documents that they failed to produce until after their depositions and/or

26

27  [1]   In deciding this Order, the Court stated that "[s]anctions are deferred until there

28  is full compliance with this Order."  Dkt. 342 at 6, ¶9.

DEFENDANTS' NOTICE OF MOTION AND          3          CASE NO. 11-cv-07098-ABC (SHx)
MOTION TO COMPEL DISCOVERY
COMPLIANCE AND FOR SANCTIONS

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    at the end of the fact discovery period (or after), and all matters that appear in

2    those documents.

3    Perfect 10 and each of the Perfect 10-afilliated witnesses will be jointly and

4    severally liable for these amounts.  Within fourteen (14) days of this Order,

5    Defendants will file an application for attorneys' fees and costs based on detailed

6    declarations and time sheets demonstrating the amounts that Defendants incurred

7    and their reasonableness regarding Nos. 1 and 2, and a good faith estimate of the

8    amount of attorneys' fees and costs that Defendants will incur regarding No. 3.

9         Within fourteen (14) days of Court's further order establishing the amount of

10   monetary sanctions, Perfect 10 and the Perfect 10-afilliated witnesses shall:

11        1. Place an amount equal to the portion of monetary sanctions attributed to

12           Defendants' redeposition of Perfect 10 and its affiliated witnesses into

13           escrow.  Such amount shall be released to Defendants only upon Defendants'

14           further application and a Court Order.

15        2. Perfect 10 shall post a bond establishing the amount of monetary sanctions to

16           insure payment of such monetary sanctions to Defendants.

17        Defendants' Motion to Compel Discovery Compliance and for Sanctions is

18   based on this Notice of Motion, the Joint Stipulation re this Motion, the

19   Declarations of Todd R. Gregorian and Joseph S. Belichick and the Exhibits

20   thereto, filed concurrently herewith, all other pleadings and papers on file in this

21   action, any matters of which this Court may take judicial notice, and such other

22   evidence and argument as may be presented at or before the hearing on this matter.

23   Dated:  August 18, 2014              FENWICK & WEST LLP

24                                        By:   /s/ Andrew P. Bridges
                                                Andrew P. Bridges
25
                                          Attorneys for Defendants
26                                        GIGANEWS, INC., and
                                          LIVEWIRE SERVICES, INC.
27

28

DEFENDANTS' NOTICE OF MOTION AND          4          CASE NO. 11-cv-07098-ABC (SHx)
MOTION TO COMPEL DISCOVERY
COMPLIANCE AND FOR SANCTIONS