Name & Address:
Joseph S. Belichick (CSB No. 229371)
jbelichick@fenwick.com
FENWICK & WEST LLP
801 California Street, Mountain View, CA  94041
P (650) 988-8500 / F (650) 938-5200

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>                                              PLAINTIFF(S)<br>                          v.<br>GIGANEWS, INC., a TEXAS corporation; LIVEWIRE SERVICES, INC., a Nevada corporation, et al.<br><br>                                              DEFENDANT(S). | CASE NUMBER:<br>2:11-cv-07098-AB (SHx)<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☒ Filed   ☐ Lodged: (**List Documents**)

(1) DEFENDANTS GIGANEWS, INC. AND LIVEWIRE SERVICES, INC.'S SUPPLEMENTAL MEMORANDUM RE DEFENDANTS' MOTION TO COMPEL DISCOVERY COMPLIANCE AND FOR SANCTIONS; (2) SUPPLEMENTAL DECLARATION OF JOSEPH S. BELICHICK IN SUPPORT OF DEFENDANTS GIGANEWS, INC. AND LIVEWIRE SERVICES, INC.'S SUPPLEMENTAL MEMORANDUM RE MOTION TO COMPEL DISCOVERY COMPLIANCE AND FOR SANCTIONS; (3) SUPPLEMENTAL DECLARATION OF TODD R. GREGORIAN IN SUPPORT OF DEFENDANTS GIGANEWS, INC. AND LIVEWIRE SERVICES, INC.'S SUPPLEMENTAL MEMORANDUM RE MOTION TO COMPEL DISCOVERY COMPLIANCE AND FOR SANCTIONS; (4) NOTICE OF LODGING; (5) APPLICATION TO FILE UNDER SEAL; (6) [PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL; and (7) CERTIFICATE OF SERVICE.

**Reason:**

☒   Under Seal and/or In Camera

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☒   Per Court order dated:  1/10/2014 (Dkt. No. 172)

☐   Administrative Record

☒   Other: Documents 1-3 contain material designed confidential by Plaintiff and/or third-parties and subject to the Protective Order, Dkt. 172; Documents 4-7 are required for manual filings.


August 25, 2014                                                      /s/ Joseph S. Belichick
 Date                                                                       Attorney Name
                                                                                   Defendants Giganews & Livewire Services, Inc.
                                                                                    Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)                            NOTICE OF MANUAL FILING OR LODGING