UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-7098 ABC(SHx) | Date | August 25, 2014 |
|---|---|---|---|
| Title | Perfect 10, Inc v. Giganews Inc | | |

| Present: The Honorable | Stephen J. Hillman, U. S. Magistrate Judge | |
|---|---|---|
| Sandra Butler | | CS 8/25/2014 |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
David Schultz  
Lynell Davis  
Melodie Poblete

Attorneys Present for Defendants:  
Andrew Bridges  
Jay Belichick

**Proceedings:**   Telephonic Hearing on Plaintiff's Motion for Sanctions  ( DOC#344)

Court hears oral argument.  Motion is hereby taken under submission.

: 50

Initials of Preparer   slb