ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
ILANA RUBEL (CSB. No. 221517)
irubel@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants
GIGANEWS, INC., and
LIVEWIRE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada Corporation,<br><br>Counterclaimants,<br><br>v.<br><br>PERFECT 10, INC., a California Corporation,<br><br>Counterdefendant. | Case No.: 11-cv-07098-AB (SHx)<br><br>**DISCOVERY MATTER**<br>***Before Hon. Stephen J. Hillman***<br><br>**DECLARATION OF JOSEPH S. BELICHICK IN SUPPORT OF DEFENDANTS GIGANEWS, INC. AND LIVEWIRE SERVICES, INC.'S REVISED RESPONSE TO THE COURT'S REQUEST DURING THE AUGUST 25, 2014 HEARING REGARDING PERFECT 10'S MOTION FOR SANCTIONS**<br><br>Date: August 25, 2014<br>Time: 2:00 p.m.<br>Courtroom: 550 (Roybal)<br><br>Discovery Cut-off: June 30, 2014<br>Pretrial Conference: January 19, 2015<br>Trial Date: January 27, 2015 |

BELICHICK DECL. ISO DEFS.' REVISED
RESPONSE TO COURT'S REQ. DURING THE
AUG. 25, 2014 HEARING

CASE NO. 11-cv-07098-ABC (SHx)

I, Joseph S. Belichick, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an associate at Fenwick & West, LLP, counsel for Defendants Giganews, Inc. and Livewire Services, Inc. in this action. I submit this declaration in support of Defendants' Revised Response to the Court's Request During the August 25, 2014 Hearing Regarding Perfect 10's Motion for Sanctions. I have personal knowledge of the facts in this declaration.

2. **Exhibit 1** is a copy of the Declaration of Kathleen Lu in Support of Defendants' Position Regarding Joint Stipulation as to Perfect 10's Motion for Sanctions (Dkt. 279), filed under seal.

3. **Exhibit 2** is a copy of Exhibit B to the Declaration of Kathleen Lu in Support of Defendants' Position Regarding Joint Stipulation as to Perfect 10's Motion for Sanctions, filed under seal.

4. **Exhibit 3** is a copy of Exhibit D to the Declaration of Kathleen Lu in Support of Defendants' Position Regarding Joint Stipulation as to Perfect 10's Motion for Sanctions, filed under seal.

5. **Exhibit 4** is a copy of Exhibit E to the Declaration of Kathleen Lu in Support of Defendants' Position Regarding Joint Stipulation as to Perfect 10's Motion for Sanctions, filed under seal.

6. **Exhibit 5** contains excerpts from Exhibit I to the Declaration of Kathleen Lu in Support of Defendants' Position Regarding Joint Stipulation as to Perfect 10's Motion for Sanctions, filed under seal.

7. **Exhibit 6** contains excerpts from the Joint Stipulation on Plaintiff Perfect 10 Inc.'s Motion for Evidentiary Sanctions Against Defendant Giganews, Inc. (Dkt. 280), filed under seal.

8. **Exhibit 7** is a copy of Defendants' Supplemental Memorandum on Plaintiff Perfect 10, Inc.'s Motion for Evidentiary Sanctions (Dkt. 276).

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BELICHICK DECL. ISO DEFS.' REVISED RESPONSE TO COURT'S REQ. DURING THE AUG. 25, 2014 HEARING — 1 — CASE NO. 11-cv-07098-ABC (SHx)

9.  **Exhibit 8** is a copy of the Declaration of Joseph Belichick in Support of Defendants' Opposition to Perfect 10, Inc.'s July 28, 2014 Motion for Sanctions (Dkt. 344-6).

10. **Exhibit 9** is a copy of Exhibit A to the Declaration of Joseph Belichick in Support of Defendants' Opposition to Perfect 10, Inc.'s July 28, 2014 Motion for Sanctions (Dkt. 344-7).

11. **Exhibit 10** is a copy of Exhibit B to the Declaration of Joseph Belichick in Support of Defendants' Opposition to Perfect 10, Inc.'s July 28, 2014 Motion for Sanctions (Dkt. 344-8).

12. **Exhibit 11** is a copy of the Joint Stipulation on Plaintiff Perfect 10, Inc.'s July 28, 2014 Motion for Sanctions (Dkt. 344-1).

13. **Exhibit 12** is a copy of the Declaration of Dr. Norman Zada in Support of Plaintiff Perfect 10, Inc.'s July 28, 2014 Motion for Sanctions (Dkt. 344-3).

14. **Exhibit 13** is a copy of the Order Denying Plaintiff's Motion for Evidentiary Sanctions (Dkt. 295).

15. **Exhibit 14** is a copy of Defendants' Response to Request in Court's Aug. 14, 2014 Order Regarding Perfect 10's Motion for Sanctions (Dkt. 362).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of September 2014.

                                                             */s/* Joseph S. Belichick
                                                                 Joseph S. Belichick

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BELICHICK DECL. ISO DEFS.' REVISED RESPONSE TO COURT'S REQ. DURING THE AUG. 25, 2014 HEARING    2    CASE NO. 11-cv-07098-ABC (SHx)