ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
ILANA RUBEL (CSB No. 221517)
irubel@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendants
GIGANEWS, INC. and
LIVEWIRE SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada Corporation; and Does 1 through 100, inclusive, <br><br> Defendant. | Case No.: 11-cv-07098-AB (SHx) <br><br> **EXHIBITS A-E AND G-J TO DECLARATION OF RONALD YOKUBAITIS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON INADEQUACY OF PERFECT 10, INC.'S NOTICES UNDER THE SECTION 512 SAFE HARBOR [*DECLARATION FILED SEPARATELY UNDER SEAL*]** |
| GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada Corporation, <br><br> Counterclaimants, <br><br> v. <br><br> PERFECT 10, INC., a California Corporation, <br><br> Counterdefendant. | Date: November 17, 2014 <br> Time: 10:00 A.M. <br> Courtroom: 790 Roybal <br> Judge: Hon. André Birotte <br><br> Discovery Cut-off: June 30, 2014 <br> Pretrial Conference: January 19, 2015 <br> Trial Date: January 27, 2015 |

EXHIBITS A-E AND G-J TO YOKUBAITIS DECL. ISO DEFTS.' MOT. FOR PART. SUMM. JUDG. ON INADEQUACY OF PERFECT 10, INC.'S NOTICES UNDER § 512 SAFE HARBOR

Case No.: 11-cv-07098-AB (SHx)