# EXHIBIT

# G



April 16, 2014


Norm Zada
P.O. Box 3398
Beverly Hills, CA  90212


Dear Norm Zada, Ph. D.


We received a fax communication with Message-IDs that are illegible.  We return a copy to you.  Please send us an original document or, better yet, give us plain text in emails.  Until we receive a legible document, we will be unable to process the Message-IDs in your communication.


Sin

1044 Liberty Park Drive    |    Austin, TX 78746    |    www.giganews.com

Yokubaitis Decl., Ex. G, Pg. 24

# EXHIBIT H



April 17, 2014

Norm Zada
P.O. Box 3398
Beverly Hills, CA  90212

Dear Norm Zada, Ph. D.

We received several fax communications with Message-IDs that are illegible.  We return a copy to you.  Please send us an original document or, better yet, give us plain text in emails.  Until we receive a legible document, we will be unable to process the Message-IDs in your communication.

Sincerely

Austin, TX 78746    |    www.giganews.com

**Yokubaitis Decl., Ex. H, Pg. 25**

# EXHIBIT I



April 18, 2014

Norm Zada
P.O. Box 3398
Beverly Hills, CA  90212

Dear Norm Zada, Ph. D.

We received several fax communications with Message-IDs that are illegible.  We return a copy to you.  Please send us an original document or, better yet, give us plain text in emails.  Until we receive a legible document, we will be unable to process the Message-IDs in your communication.

Sincer

| Austin, TX 78746 | www.giganews.com |

# EXHIBIT J



GIGANEWS

April 21, 2014

Norm Zada
P.O. Box 3398
Beverly Hills, CA 90212

Dear Norm Zada, Ph. D.

We received several fax communications with Message-IDs that are illegible. We return a copy t... ...iginal document or, better yet, give us plain text in en... process the Me...

Sincerely,

Giganews DMC...

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Norm Zada
P.O. Box 3398
Beverly Hills, CA 90212

...rticle Number
(Transfer from service la... 7009 0820 00...

...S Form 3811, February 2004 Domestic Retu...

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Gwen ... ☐ Agent ☐ Addressee

B. Received by (Printed Name) Gwen A. C. Date of Delivery 5-13-14

RECEIVED MAY 15 2014

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
4/21/2014

7009 0820 0002 0794 2932

Sent To N. Zada
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006 See Reverse for Instructions

1044 Liberty Park Drive | Austin, TX 7874...