UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 11-07098-AB (SHx) | Date: | November 14, 2014 |
|---|---|---|---|

Title: *Perfect 10, Inc. v. Giganews, Inc.*

Present: The Honorable ANDRÉ BIROTTE JR.

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] Order DENYING the Parties' Remaining Motions for Partial Summary Judgment as MOOT (Dkt. Nos. 449, 534, & 535)**

Pending before this Court are the parties' competing motions for partial summary judgment regarding the adequacy of Plaintiff Perfect 10's takedown notices under the Digital Millennium Copyright Act (Dkt. Nos. 449 & 534 ) and Defendants' motion for partial summary judgment regarding the number of works at issue in the action.  (Dkt. No. 535.)   In its two separate orders granting Defendants' motions for partial summary judgment on the issues of direct and indirect copyright infringement, the Court has completely resolved this action and entered judgment in favor of Defendants.  This action being resolved in its entirety, the Court **DENIES** the remaining motions for partial summary judgment as **MOOT**.

Pursuant to Federal Rule of Civil Procedure 78(b) and Local Rule 7-15, the Court finds this matter appropriate for determination without oral argument, and the hearing previously scheduled for November 17, 2014 at 10:00 a.m. is hereby **VACATED**.

**IT IS SO ORDERED**