ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
ILANA RUBEL (CSB. No. 221517)
irubel@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for Defendants
GIGANEWS, INC., and
LIVEWIRE SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants.<br><br>GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada Corporation,<br><br>　　　　　Counterclaimants,<br><br>　　v.<br><br>PERFECT 10, INC., a California Corporation,<br><br>　　　　　Counterdefendant. | Case No.: 11-cv-07098-AB (SHx)<br><br>**DISCOVERY MATTER**<br>*Before Hon. Stephen J. Hillman*<br><br>**AMENDED [PROPOSED] ORDER ON GIGANEWS, INC. AND LIVEWIRE SERVICES, INC.'S MOTION TO COMPEL DISCOVERY COMPLIANCE AND FOR SANCTIONS** |

Having considered the Joint Stipulation on Giganews, Inc. and Livewire Services, Inc.'s Motion to Compel Discovery Compliance and For Sanctions, and good cause appearing therefor, the Court hereby GRANTS the motion IN PART.

The Court finds that:

Perfect 10 failed to comply with this Court's discovery orders of March 17, 2014 (Dkt. 223), April 24, 2014 (Dkt. 254); June 5, 2104 (Dkt. 311); and June 23, 2014 (Dkt. 326).

Each of the Perfect 10-afilliated witnesses (Craig Yamato, Eileen Koch, Jennifer McCall, Sean Chumura, Szabolcs Apai, Melanie Poblete, and Wendy Augustine), relying on Perfect 10's counsel, failed to comply with this Court's discovery orders of June 5, 2014 (Dkt. 312); June 18, 2014 (Dkt. 320); and July 8, 2014 (Dkt. 342).

IT IS THEREFORE ORDERED that:

Perfect 10 and each of the Perfect 10-afilliated witnesses (Craig Yamato, Eileen Koch, Sean Chumura, Szabolcs Apai, Melanie Poblete, and Wendy Augustine) shall pay Defendants' reasonable attorneys' fees and costs incurred in connection with the following:

1. The two previous motions that Defendants filed and the resulting Orders of this Court—Dkt. 322 [Yamato Compliance Order] and Dkt. 342 [Third-Party Witness Compliance Order];[1]

2. This motion for sanctions that Perfect 10's and the Third-Party Witnesses' conduct has necessitated; and

Perfect 10 and each of the Perfect 10-afilliated witnesses will be jointly and severally liable for these amounts. Within fourteen (14) days of this Order, Defendants will file an application for attorneys' fees and costs based on detailed

---

[1] In deciding this Order, the Court stated that "[s]anctions are deferred until there is full compliance with this Order." Dkt. 342 at 6, ¶9.

AMENDED [PROPOSED] ORDER ON MOTION TO COMPEL DISCOVERY COMPLIANCE AND FOR SANCTIONS

2

CASE NO. 11-cv-07098-AB (SHx)

declarations and time sheets demonstrating the amounts that Defendants incurred and their reasonableness. Within fourteen (14) days of Court's further order establishing the amount of monetary sanctions, Perfect 10 and the Perfect 10-afilliated witnesses shall post a bond in that amount to insure payment of such monetary sanctions to Defendants.

**IT IS SO ORDERED**.

Dated: _____

STEPHEN J. HILLMAN
United States Magistrate Judge