# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

*Perfect 10, Inc.*

V.   Case Number: 2:11-cv-07098-AB-SH

*Giganews, Inc., et al.*

Judgment was entered in this action on  12/1/2014  /  628  against  Plaintiff, Perfect 10, Inc.
                                         Date       Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**
**\*Defendants will file a separate motion for attorney's fee pursuant to the Judgment.**

| Item | Amount |
|---|---|
| Filing fees: see L.R. 54-3.1 | |
| Fees for service of process: see L.R. 54-3.2………(**See Exhibit A**) | $26,029.94 |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 | |
| Depositions: see L.R. 54-3.5 (**See Exhibit B**) | $50,963.49 |
| Witness fees (itemize on page 2): see L.R. 54-3.6…(**See Exhibit C**) | $115.18 |
| Interpreter's and translator's fees: see L.R. 54-3.7 | |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10..(**See Exhibit D**) | $13,393.44 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 (attach court order) | |
| State Court costs: see L.R. 54-3.13 | |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| **TOTAL** | **$90,502.05** |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

[✓] The Court's CM/ECF System
[ ] Conventional service by first class mail
[ ] Other _____

/s/ *Kathleen Lu*                                Kathleen Lu
Signature                                         Print Name

Attorney for: Defendants Giganews, Inc. and Livewire Services, Inc.

Costs are taxed in the amount of _____

_____   By: _____   _____
Clerk of Court         Deputy Clerk           Date

| WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Gwendalyn Augustine, Los Angeles, CA | 1 | $40.00 | | | 23 | $13.00 | $53.00 |
| Jennifer McCall, Van Nuys, CA | 1 | $40.00 | | | 39.6 | $22.18 | $62.18 |
| | | | | | | | |
| | | | | | | TOTAL | $115.18 |