ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
ILANA RUBEL (CSB. No. 221517)
irubel@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendants
GIGANEWS, INC., and
LIVEWIRE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada Corporation,<br><br>Counterclaimants,<br><br>v.<br><br>PERFECT 10, INC., a California Corporation,<br><br>Counterdefendant. | Case No.: 11-cv-07098-AB (SHx)<br><br>***DISCOVERY MATTER***<br>***Before Hon. Stephen J. Hillman***<br><br>**DECLARATION OF ARMEN NERCESSIAN IN SUPPORT OF DEFENDANTS' RESPONSE TO PERFECT 10'S OBJECTIONS TO [PROPOSED] FURTHER AMENDED ORDER REGARDING DEFENDANTS' MOTION FOR SANCTIONS (DKT. 654-1)**<br><br>Date:         January 26, 2015<br>Time:        1:00 P.M.<br>Courtroom:  550 (Roybal) |

I, Armen Nercessian, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an associate at Fenwick & West, LLP, counsel for Defendants Giganews, Inc. and Livewire Services, Inc. in this action. I submit this declaration in support of Defendants' Response to Perfect 10's Objections to [Proposed] Further Amended Order regarding Defendants' Motion for Sanctions (Dkt. 654-1). I have personal knowledge of the facts in this declaration.

2. **Exhibit A** is a transcript of the sanctions hearing on this motion, held on January 26, 2015. At the hearing, the Court granted Defendants the opportunity to respond to "the specific objections at pages 13 through 29" of Perfect 10's Objections. Ex. A at 8:10-15.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of February, 2015.

　　　　　　　　　　　　　　　　　　*/s/ Armen Nercessian*
　　　　　　　　　　　　　　　　　　Armen Nercessian

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NERCESSIAN DECL ISO DEFENDANTS' RESPONSE TO OBJECTIONS    1    CASE NO. 11-cv-07098-AB (SHx)