UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-07098-AB (SHx) | Date | February 9, 2015 |
|---|---|---|---|
| Title | Perfect 10 Inc. v. Giganews, Inc., et al., | | |

| Present: The Honorable | Stephen J. Hillman | | |
|---|---|---|---|
| | Sandra Butler | | |
| | Deputy Clerk | Court Reporter / Recorder | Tape No. |
| | Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| | N/A | N/A | |

**Proceedings:** (IN CHAMBERS)

    The court clarifies that the Interim Findings do not constitute an Order under F.R.C.P. 72 or under Local Rule 72. The time period for seeking review of the court's Orders will commence upon Final Order disposing of the Sanctions Motion.

    Plaintiff's other request for clarification, regarding the wording o the Interim Findings, is taken under submission.  However, for Rule 37 monetary sanctions purposes, the difference between "substantial" and "willfully" seems a distinction without a difference.  The Rule 37 standard is "substantial justification or "or otherwise unjust".

cc:    District Judge Birotte
       Magistrate Judge Hillman
       Counsel of Record*
       *the term "counsel" as used herein also includes any pro se party.
       See Local Rule 2.9.3.

       :

Initials of Preparer