UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-07098-AB (SHx) | Date | March 24, 2015 |
|---|---|---|---|
| Title | Perfect 10 Inc. v. Giganews, Inc., et al., | | |

| Present: The Honorable | Stephen J. Hillman | | |
|---|---|---|---|
| | Sandra Butler | | |
| | Deputy Clerk | Court Reporter / Recorder | Tape No. |
| | Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| | N/A | N/A | |

**Proceedings:**      (IN CHAMBERS)

In light of the Order Granting Defendants' Motion for Attorneys' Fees and Costs, the Magistrate Judge DENIES the Discovery Sanctions Motion. The Attorneys' Fees and Costs award subsumes what is sought in the Sanctions Motion. The hearing date is vacated, as is Docket #676.

cc:   District Judge Birotte
      Magistrate Judge Hillman
      Counsel of Record*
      *the term "counsel" as used herein also includes any pro se party.
      See Local Rule 2.9.3.

                                                                              : 
                                          Initials of Preparer