ABRAMS BROWN LLP
Anthony K. Brown (CSB 215396)
12121 Wilshire Blvd., Ste. 740
Los Angeles, CA 90025
(424) 832-3750

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California Corporation | CASE NUMBER<br>2:11-CV-07098-AB-JPRx |
| Plaintiff(s) | |
| V.<br>GIGANEWS, INC., a Texas Corporation, et al. | **WRIT OF EXECUTION** |
| Defendant(s) | |

TO:   **THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On  March 24, 2015   a judgment was entered in the above-entitled action in favor of:

Giganews, Inc. and Livewire Services, Inc.

as Judgment Creditor and against:

Perfect 10, Inc.

as Judgment Debtor, for:

$ _____0.00_____ Principal,
$ ___5,213,117.06__ Attorney Fees,
$ _____0.00_____ Interest **, and
$ ____424,235.47___ Costs, making a total amount of
$ ___5,637,352.53__ **JUDGMENT AS ENTERED**

**NOTE:** JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

COPY

**WRIT OF EXECUTION**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment in the **Central** District of **California**, to wit:

$ __8,610.03__ accrued interest, and
$ __0.00__ accrued costs, making a total of
$ __8,610.03__ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ __5,645,962.56__ **ACTUALLY DUE** on the date of the issuance of this writ of which
$ __5,637,352.53__ Is due on the judgment as entered and bears interest at .25 percent per annum, in the amount of $ 38.61 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: 11-9-15

By: _____
Deputy Clerk

1149

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Perfect 10, Inc.
c/o Bruce Hersh
17547 Ventura Blvd., Ste. 206
Encino, CA 91316
```

```
Perfect 10, Inc.
c/o Lynell Diondra Davis
11803 Norfield Court
Los Angeles, CA 90077
```

## NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.