David J. Pasternak, CSBN 72201
Receiver
1875 Century Park East, Suite 2200
Los Angeles, California 90067-2523
Telephone: 310.553.1500
Facsimile: 310.553.1540
E-Mail: djp@paslaw.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GIGANEWS, INC., a Texas Corporation, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 2-11-cv-07098-AB (JPRx)<br><br>Hon. Andre Birotte, Jr.<br><br>**NOTICE OF HEARING AND RECEIVER'S THIRD REPORT AND ACCOUNT FOR THE TIME PERIOD FROM FEBRUARY 1 – JULY 31, 2018**<br><br>**DATE:** MARCH 1, 2019<br>**TIME:** 10:00 A.M.<br>**COURTROOM:** 7B |

    Pursuant to Local Rule 66-6.1 and 66-7(c), Receiver David J. Pasternak submits the following Receiver's Third Report and Account for the Time Period from February 1 – July 31, 2018 for hearing in Courtroom 7B at 350 West 1st Street, Los Angeles, CA 90012-4565 on Friday, March 1, 2019 at 10:00 a.m.

    On February 24, 2017, David J. Pasternak was appointed as Receiver in this matter to take sole and immediate custody, possession and control of all of the

intellectual property of Perfect 10, Inc. ("Perfect 10"), including but not limited to its domain names, copyrights, copyright interests, trademarks, trademark interests, and associated goodwill, and related interests ("the Property"). The Receiver was directed by this Court to sell the Property in order to satisfy this Court's Judgment.

The Receiver began serving as this Court's Receiver immediately after learning about the issuance of this Court's February 24, 2017 Order appointing him as Receiver. Shortly thereafter, pursuant to this Court's authorization, he retained SoCal IP Law Group LLP ("SoCal") as his intellectual property attorneys pursuant to a Legal Services Agreement previously filed with this Court.

With SoCal's assistance and the cooperation of Perfect 10 and its principal, Norman Zada, the Receiver believes that he has taken custody, possession and control of all of the Property. SoCal has coordinated the filing of all necessary notices and registrations in order to transfer the Property to the Receiver, and the filing of all updates necessary to keep the registrations current. Among other things during this time period, with SoCal's assistance, the Receiver filed a Combined Section 8 and 9 Declaration of Use in Commerce and Application for Renewal of Registration, a copy of which is attached as **Exhibit 1**.

On April 4, 2017, the Receiver filed and served a

summary Inventory identifying the property and documents in his possession. As previously reported, the Receiver's office has prepared a detailed listing of the Property which is hundreds of pages long, and consequently is not being filed with this Court because of its volume.

Also as previously reported, the Receiver has a self-storage unit for most of the Property, but also has entered into an Agreement with PacificTitle Archives, a copy of which has previously been filed with this Court, for the storage of film stock which requires special handling and maintenance.

The Receiver previously reported that he learned that Perfect 10 had an appeal pending at the Bundesgerichtshof (the German High Court) in Germany against AOL Deutschland Medien GmbH concerning the alleged unauthorized use of eight photographs or images. The Receiver was informed by Perfect 10's German counsel that Perfect 10 had filed an action against AOL Germany asking for the prohibition of the provision of public access to certain pictures subject to Perfect 10's intellectual property rights as well as disclosure and damages. The case was dismissed by judgment of Hamburg District Court dated December 3, 2010, ruling that there was no case against AOL Germany as far as results of its search engine were concerned. The regional court of appeal granted leave to appeal to the Federal Supreme Court, with the hearing on September 21, 2017. At that

1  hearing, the German Supreme Court dismissed the appeal.
2  Perfect 10 thereafter had the option of claiming a
3  violation of fair hearing before December 27, 2017 or
4  filing a constitutional complaint to the German Federal
5  Constitutional Court before January 11, 2018.  The
6  Receiver was advised by Perfect 10's German counsel that
7  either approach was unlikely to be successful.  When Mr.
8  Zada urged the Receiver to pursue the case, the Receiver
9  asked Mr. Zada to advance the funds to pursue either of
10 these alternatives.  Mr. Zada refused to provide the
11 necessary funding.  Consequently, the Receiver took no
12 further action regarding the German case.
13      After communicating with potential purchasers of the
14 Property, the Receiver negotiated with Plaintiff and Mr.
15 Zada for the sale of all of the Property.  After
16 Plaintiff made the highest purchase offer, the Receiver
17 negotiated the terms of the sale contract with
18 Plaintiff's counsel.  Those negotiations were continuing
19 at the end of July, 2018.  The sale will be subject to
20 overbidding at the future hearing before this Court to
21 approve and confirm the sale of the Property.
22      A financial report detailing the receipts and
23 disbursement of this Receivership Estate for the time
24 period from February 1 - July 31, 2018 is attached as
25 **Exhibit 2**.  As detailed in that financial report,
26 receipts during that time period totaled only $25.26,
27 disbursements totaled $27,213.18 during this time
28 period, and the Receivership Estate held $14,494.63 in a

segregated interest-bearing business checking account at 1st Century Bank on July 31, 2018. 1st Century Bank is a bank located in the same Century City office building as the Receiver's office.

The Receiver has separately filed and served the billing statements for his office and for SoCal for the time period from February 1 – July 31, 2018 attached to six Notices of Receivership Fees and Costs for each of those months. During that time period, the Receiver's fees and costs totaled $6,810.77, all of which has been paid. During that time period, SoCal's fees and costs have totaled $15,858.52, all of which has been paid.

DATED: January 4, 2019

_____
David J. Pasternak
Receiver

PASTERNAK & PASTERNAK

{00209506.DOCX 66390.0001} 5 2-11-cv-07098-AB (JPRx)
NOTICE OF HEARING AND RECEIVER'S THIRD REPORT AND ACCOUNT FOR THE TIME PERIOD FROM FEBRUARY 1 – JULY 31, 2018

# Exhibit 1

## Filing Receipt for Combined Declaration of Use of Mark in Commerce and Application for Renewal of Registration of a Mark Under Sections 8 and 9 Form and Next Steps

**Registration number.** 3286744.
**Mark.** PERFECT 10(Standard Characters, see https://teas.uspto.gov/postreg/view/common/No-Image-File.jpg).

Thank you for submitting your form to the U.S. Patent and Trademark Office (USPTO). Please read this filing receipt carefully and keep a copy for your records. If you find errors in your submission, the After You File page gives information about correcting errors.

**Next steps**

1. **In four to five days, please confirm that we received the documents submitted with this form** by checking Trademark Status and Document Retrieval (TSDR). If your documents do not appear in TSDR after four to five days, please email TrademarkAssistanceCenter@uspto.gov.

2. **Within approximately one to two months, a trademark specialist in the Post-Registration Division will review your submission.**

    **If your submission is accepted,** you will receive a Notice of Acceptance and Renewal.

    **If your submission is not accepted,** you will receive a letter (Office action) explaining why it is not acceptable and how to proceed. Visit our page on keeping your registration alive for a video and other information on the post-registration process.

3. **Continue to check TSDR for any updates to your status until we send you a notice that your submission has been accepted or refused.** If you do not hear from us within three or four months of submitting this form, call the Post-Registration Division at (571) 272-9500.

4. **Keep your addresses, including email addresses, current in USPTO records so you receive email reminders about maintaining your registration.** You must file required maintenance documents at regular intervals or your registration will be canceled. We will send these reminders to all email addresses of record listed in TSDR. Use the address forms on our website to update your email addresses.

5. **Questions?** Please visit our website, email us, or call us at 1-800-786-9199 and select option 1.

**The information submitted in the form appears below:**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1963 (Rev 05/2006)
OMB No 0651-0055 (Exp 07/31/2018)

Exhibit __1__ Page __6__

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 3286744 |
| **REGISTRATION DATE** | 08/28/2007 |
| **SERIAL NUMBER** | 78182743 |
| **MARK SECTION** | |
| **MARK** | PERFECT 10 (see, https://teas.uspto.gov/postreg/view/common/No-Image-File.jpg) |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Steven C. Sereboff |
| **FIRM NAME** | SoCal IP Law Group LLP |
| **STREET** | 310 N. Westlake Blvd., Suite 120 |
| **CITY** | Westlake Village |
| **STATE** | California |
| **POSTAL CODE** | 91362 |
| **COUNTRY** | United States |
| **PHONE** | 805-230-1350 |
| **FAX** | 805-230-1355 |
| **EMAIL** | uspto@socalip.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | P245.G17396 |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | Steven C. Sereboff |
| **FIRM NAME** | SoCal IP Law Group LLP |
| **STREET** | 310 N. Westlake Blvd., Suite 120 |
| **CITY** | Westlake Village |

Exhibit 1 Page 7

| STATE | California |
| --- | --- |
| POSTAL CODE | 91362 |
| COUNTRY | United States |
| PHONE | 805-230-1350 |
| FAX | 805-230-1355 |
| EMAIL | uspto@socalip.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | P245.G17396 |
| OTHER APPOINTED ATTORNEY | Mark A. Goldstein, Michael D. Harris, Christine L. Kopitzke, Jonathan Pearce, Marina L. Lang, Nikki M. Dossman |
| **CORRESPONDENCE SECTION (current)** | |
| NAME | Steven C. Sereboff |
| FIRM NAME | SoCal IP Law Group LLP |
| STREET | 310 N. Westlake Blvd., Suite 120 |
| CITY | Westlake Village |
| STATE | California |
| POSTAL CODE | 91362 |
| COUNTRY | United States |
| PHONE | 805-230-1350 |
| FAX | 805-230-1355 |
| EMAIL | uspto@socalip.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | P245.G17396 |
| **CORRESPONDENCE SECTION (proposed)** | |
| NAME | Steven C. Sereboff |
| FIRM NAME | SoCal IP Law Group LLP |
| STREET | 310 N. Westlake Blvd., Suite 120 |
| CITY | Westlake Village |
| STATE | California |

Exhibit 1 Page 8

| POSTAL CODE | 91362 |
|---|---|
| COUNTRY | United States |
| PHONE | 805-230-1350 |
| FAX | 805-230-1355 |
| EMAIL | uspto@socalip.com;ssereboff@socalip.com; nabeloe@socalip.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | P245.G17396 |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 009 |
| GOODS OR SERVICES | Prerecorded video disks featuring beauty contests, adult entertainment, pictures of female models, dancing, interviews, stories on human relations, sports, and fitness and exercise |
| SPECIMEN FILE NAME(S) | SPN0-9811913013-20180228163411422663_._Perfect_10_Specimen_-_PC_-_Amazon.pdf |
| SPECIMEN DESCRIPTION | screenshot of the Registrant's mark as used in connection with the goods identified in the registration |
| INTERNATIONAL CLASS | 028 |
| GOODS OR SERVICES | games, namely, playing cards |
| SPECIMEN FILE NAME(S) | SPN1-9811913013-20180228163411422663_._Perfect_10_Specimen_-_PC_-_Amazon.pdf |
| SPECIMEN DESCRIPTION | screenshot of the Registrant's mark as used in connection with the goods identified in the registration |
| **OWNER SECTION (current)** | |
| NAME | Perfect 10, Inc. |
| STREET | PO Box 3398 |
| CITY | Beverly Hills |
| STATE | California |
| ZIP/POSTAL CODE | 90212 |
| COUNTRY | United States |


Exhibit 1 Page 9

| | |
|---|---|
| **PHONE** | 800-606-6639 |
| **FAX** | 310-205-9644 |
| **EMAIL** | JMausner@BMRLAW.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **OWNER SECTION (proposed)** | |
| **NAME** | David J. Pasternak |
| **STREET** | 1875 Century Park East, Suite 2200 |
| **CITY** | Los Angeles |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 90067 |
| **COUNTRY** | United States |
| **PHONE** | |
| **FAX** | |
| **EMAIL** | uspto@socalip.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | California |
| **LEGAL ENTITY SECTION (proposed)** | |
| **TYPE** | individual |
| **COUNTRY OF CITIZENSHIP** | United States |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 2 |
| **NUMBER OF CLASSES PAID** | 2 |
| **COMBINED §§ 8 & 9 DECLARATION/APPLICATION FILING FEE** | 850 |
| **GRACE PERIOD FEE FOR §8 AND §9** | 400 |
| **TOTAL FEE PAID** | 1250 |



Exhibit 1 Page 10

| SIGNATURE SECTION | |
|---|---|
| **SIGNATURE** | /David J. Pasternak/ |
| **SIGNATORY'S NAME** | David J. Pasternak |
| **SIGNATORY'S POSITION** | Owner |
| **DATE SIGNED** | 02/28/2018 |
| **SIGNATORY'S PHONE NUMBER** | Private |
| **PAYMENT METHOD** | CC |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Wed Feb 28 17:21:29 EST 2018 |
| **TEAS STAMP** | USPTO/S08N09-98.119.130.13-20180228172129353531-3286744-5109af6f8026091479ddc89f04e7ac5d5d0e8605f55e94916a1959efc97ed-CC-5713-20180228163411422663 |

**REGISTRATION NUMBER:** 3286744
**REGISTRATION DATE:** 08/28/2007

**MARK:** PERFECT 10(Standard Characters)

The owner, David J. Pasternak, a citizen of United States, having an address of
   1875 Century Park East, Suite 2200
   Los Angeles, California 90067
   United States
   uspto@socalip.com (authorized)
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 009, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Prerecorded video disks featuring beauty contests, adult entertainment, pictures of female models, dancing, interviews, stories on human relations, sports, and fitness and exercise ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screenshot of the Registrant's mark as used in connection with the goods identified in the registration.
1 [SPN0-9811913013-20180228163411422663_._Perfect_10_Specimen_-_PC_-_Amazon.pdf ]

For International Class 028, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: games, namely, playing cards ; or, the owner is making the

Exhibit 1 Page 11

listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screenshot of the Registrant's mark as used in connection with the goods identified in the registration.
1 [SPN1-9811913013-20180228163411422663_._Perfect_10_Specimen_-_PC_-_Amazon.pdf]
The registrant's current Attorney Information: Steven C. Sereboff of SoCal IP Law Group LLP
   310 N. Westlake Blvd., Suite 120
   Westlake Village, California 91362
   United States
The phone number is 805-230-1350.
The fax number is 805-230-1355.
The email address is uspto@socalip.com. (authorized)
The docket/reference number is P245.G17396.

The registrant's proposed Attorney Information: Steven C. Sereboff of SoCal IP Law Group LLP
   310 N. Westlake Blvd., Suite 120
   Westlake Village, California 91362
   United States The docket/reference number is P245.G17396.
The Other Appointed Attorney(s): Mark A. Goldstein, Michael D. Harris, Christine L. Kopitzke, Jonathan Pearce, Marina L. Lang, Nikki M. Dossman.

The phone number is 805-230-1350.
The fax number is 805-230-1355.
The email address is uspto@socalip.com. (authorized)
The registrant's current Correspondence Information: Steven C. Sereboff of SoCal IP Law Group LLP
   310 N. Westlake Blvd., Suite 120
   Westlake Village, California 91362
   United States
The phone number is 805-230-1350.
The fax number is 805-230-1355.
The email address is uspto@socalip.com. (authorized)
The docket/reference number is P245.G17396.

The registrant's proposed Correspondence Information: Steven C. Sereboff of SoCal IP Law Group LLP
   310 N. Westlake Blvd., Suite 120
   Westlake Village, California 91362
   United States The docket/reference number is P245.G17396.

The phone number is 805-230-1350.
The fax number is 805-230-1355.
The email address is uspto@socalip.com;ssereboff@socalip.com; nabeloe@socalip.com. (authorized)

A fee payment in the amount of $1250 was submitted with the form, representing payment for 2 class(es), plus any additional grace period fee, if necessary.

Exhibit __1__ Page _12_

## Declaration

- ☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

- ☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

- ☑ The registrant requests that the registration be renewed for the goods/services/collective organization identified above.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /David J. Pasternak/   Date: 02/28/2018
Signatory's Name: David J. Pasternak
Signatory's Position: Owner
Signatory's Phone: Private

**NOTE:** If you would like to suggest additions or changes to the design search codes assigned to your mark, please send an email to TMDesignCodeComments@USPTO.GOV (please include the registration number of your mark on ALL correspondence with the USPTO) or call 1-800-786-9199 to speak with a Customer Service Representative. No fee is necessary. The USPTO will review your request and update the record if appropriate. Design search codes are described on Internet Web page http://tess2.uspto.gov/tmdb/dscm/index.htm. You may review the USPTO-assigned design codes for your mark by retrieving current information about your mark in the TSDR system at https://tsdr.uspto.gov/ and looking under "Additional Information."

Thank you,

The TEAS support team
Wed Feb 28 17:21:29 EST 2018
STAMP: USPTO/S08N09-98.119.130.13-20180228172129353531-3286744-
5109af6f8026091479ddc89f04e7ac5d5d0e8605f55e94916a1959efc97ed-CC-5713-
20180228163411422663

Exhibit  1  Page /3

*Exhibit 2*

# PERFECT 10
# DAVID J. PASTERNAK, RECEIVER
# BUSINESS CHECKING ACCOUNT
### February 1, 2018 through July 31, 2018

| Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| | | BUSINESS INTEREST CHECKING ACCOUNT- 1st Century Bank a/c#2100121488 | | | | 41,682.55 |
| 02/15/18 | 14908 | Pacific Title Archives | 2/18 Storage | | 506.82 | 41,175.73 |
| 02/23/18 | 14909 | Pasternak & Pasternak ALC | Receiver's Fees & Costs through 1/31/18 | | 1,242.23 | 39,933.50 |
| 02/23/18 | 14910 | So Cal IP Law Group | General Matters through 1/31/18 | | 429.38 | 39,504.12 |
| 02/23/18 | 14910 | So Cal IP Law Group | Domain Names through 1/31/18 | | 206.95 | 39,297.17 |
| 02/23/18 | 14910 | So Cal IP Law Group | Trademarks through 1/31/18 | | 360.50 | 38,936.67 |
| 02/28/18 | 2/1-28 | 1st Century Bank | 2/1-2/28/18 Interest Income | 1.60 | | 38,938.27 |
| 03/09/18 | 14911 | Pacific Title Archives | 3/18 Storage | | 506.82 | 38,431.45 |
| 03/31/18 | 3/1-31 | 1st Century Bank | 3/1-3/31/18 Interest Income | 1.64 | | 38,433.09 |
| 04/30/18 | 14912 | Pacific Title Archives | 4/18 Storage | | 506.82 | 37,926.27 |
| 04/30/18 | 4/1-30 | 1st Century Bank | 4/1-4/30/18 Interest Income | 1.58 | | 37,927.85 |
| 05/07/18 | 15672 | Pacific Title Archives | 5/18 Storage | | 506.82 | 37,421.03 |
| 05/07/18 | 14913 | Pasternak & Pasternak ALC | Receiver's Fees & Costs through 4/30/18 | | 1,880.66 | 35,540.37 |
| 05/07/18 | 15673 | So Cal IP Law Group | Domain Names through 2/28/18 | | 177.77 | 35,362.60 |
| 05/07/18 | 15673 | So Cal IP Law Group | Trademarks through 2/28/18 | | 5,035.77 | 30,326.83 |
| 05/07/18 | 15673 | So Cal IP Law Group | Domain Names through 3/31/18 | | 468.63 | 29,858.20 |
| 05/07/18 | 15673 | So Cal IP Law Group | Trademarks through 3/31/18 | | 5,858.22 | 23,999.98 |
| 05/07/18 | 15673 | So Cal IP Law Group | Domain Names through 4/30/18 | | 100.00 | 23,899.98 |
| 05/07/18 | 15673 | So Cal IP Law Group | Trademarks through 4/30/18 | | 2,840.00 | 21,059.98 |
| 05/21/18 | 3374 | KNR Attorney Service | Subpoena | 15.00 | | 21,074.98 |
| 05/31/18 | 5/1-31 | 1st Century Bank | 5/1-5/31/18 Interest Income | 2.49 | | 21,077.47 |
| 06/19/18 | 15674 | Pacific Title Archives | 6/18 Storage | | 506.82 | 20,570.65 |
| 06/19/18 | 15675 | Pasternak & Pasternak ALC | Receiver's Fees & Costs through 5/31/18 | | 3,138.46 | 17,432.19 |
| 06/19/18 | 15676 | So Cal IP Law Group | Domain Names through 5/31/18 | | 380.94 | 17,051.25 |
| 06/19/18 | 15676 | So Cal IP Law Group | Trademarks through 5/31/18 | | 591.00 | 16,460.25 |
| 06/30/18 | 6/1-30 | 1st Century Bank | 6/1-6/30/18 Interest Income | 1.62 | | 16,461.87 |
| 07/18/18 | 15677 | Pacific Title Archives | 7/18 Storage | | 506.82 | 15,955.05 |
| 07/18/18 | 15678 | Pasternak & Pasternak ALC | Receiver's Fees & Costs through 6/30/18 | | 1,307.56 | 14,647.49 |
| 07/18/18 | 15679 | So Cal IP Law Group | Domain Names through 6/30/18 | | 154.19 | 14,493.30 |
| 07/31/18 | 7/1-31 | 1st Century Bank | 7/1-7/31/18 Interest Income | 1.33 | | 14,494.63 |
| | | Total BUSINESS INTEREST CHECKING ACCOUNT- 1st Century Bank a/c#2100121488 at July 31, 2018 | | 25.26 | 27,213.18 | 14,494.63 |

Exhibit 2 Page 14

MBR, 8/7/18
66390/0001

Page 1 of 1

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 2200, Los Angeles, CA 90067-2523.

On January 7, 2019, I served true copies of the following document(s) described as

(1)   [PROPOSED] ORDER APPROVING AND SETTLING RECEIVER'S REVISED SECOND REPORT AND ACCOUNT FOR THE TIME PERIOD FROM AUGUST 1, 2017 THROUGH JANUARY 31, 2018

(2)   [PROPOSED] ORDER APPROVING AND SETTLING RECEIVER'S THIRD REPORT AND ACCOUNT FOR THE TIME PERIOD FROM FEBRUARY 1 – JULY 31, 2018

(3)   NOTICE OF HEARING AND RECEIVER'S THIRD REPORT AND ACCOUNT FOR THE TIME PERIOD FROM FEBRUARY 1 – JULY 31, 2018

on the interested parties in this action as follows:

*See Attached Service List*

➔ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the service list. The envelope or package was mailed with postage thereon fully prepaid. I am "readily familiar" this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

➔ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 7, 2019, at Los Angeles, California.

C. German

**United States District Court for the Central District Of California**
**(Western Division - Los Angeles)**
**Civil Docket For Case No.: 2:11-cv-07098-AB-(JPRx)**

*Service List*

| | |
|---|---|
| Lynell D. Davis, Esq.<br>Perfect 10, Inc.<br>11803 Norfield Court<br>Los Angeles, CA 90077<br>Telephone: 310.476.0700<br>Facsimile: 310.476.8138<br>E-Mail: lynellDDavisesq@gmail.com\ | *Counsel for Debtor, Norman Zada* |
| Eric J. Benink, Esq.<br>Krause Kalfayan Benink and Slavens LLP<br>550 West C Street, Suite 530<br>San Diego, CA 92101<br>Telephone: 619.232.0331<br>Facsimile: 619.232.4019<br>E-Mail: eric@kkbs-law.com | *Counsel for Perfect 10, Inc.* |
| Matthew C. Mickelson, Esq.<br>Law Offices of Matthew C. Mickelson<br>16055 Ventura Boulevard, Suite 1230<br>Encino, CA 91436<br>Telephone: 818.832.3360<br>Facsimile: 818.382.3364<br>E-Mail: mattmickelson@bizla.rr.com | *Counsel for Perfect 10, Inc.* |
| David N. Schultz, Esq.<br>1747 Preuss Road<br>Los Angeles, CA 90035<br>Telephone: 310.839.3150<br>E-Mail: schu1984@yahoo.com | *Counsel for Perfect 10, Inc.* |
| Jonathan L. Abrams, Esq.<br>Anthony K. Brown, Esq.<br>Abrams Brown LLP<br>2601 Ocean Park Boulevard, Suite 310<br>Santa Monica, CA 90405-5270<br>Telephone: 310.3145.8801<br>Facsimile: 310.496.0250<br>E-Mail: jabrams@abramsbrown.com<br>E-Mail: tbrown@abramsbrown.com | *Counsel for Defendant Giganews, Inc.* |

PASTERNAK
& PASTERNAK

{00173384.DOCX 66390.0001 }

| | | |
|---|---|---|
| 1 | Andrew P. Bridges, Esq. | *Counsel for Defendant Giganews, Inc.* |
| 2 | Jedediah Wakefield, Esq.<br>Todd R. Gregorian, Esq. | |
| 3 | Liwen A. Mah, Esq.<br>Fenwick & West LLP | |
| 4 | 555 California Street, 12th Floor<br>San Francisco, CA 94104 | |
| 5 | Telephone: 415.875.2300<br>Facsimile: 415.281.1350 | |
| 6 | E-Mail: abridges@fenwick.com | |
| 7 | E-Mail: jwakefield@fenwick.com<br>E-Mail: tgregorian@fenwick.com | |
| 8 | E-Mail: lmah@fenwick.com | |
| 9 | Annasara G. Purcell, Esq. | *Counsel for Defendant Giganews, Inc.* |
| 10 | Armen N. Nercessian, Esq.<br>Joseph S. Belichick, Esq. | |
| 11 | Fenwick & West LLP<br>801 California Street | |
| 12 | Mountain View, CA 94041<br>Telephone: 650.988.8500 | |
| 13 | Facsimile: 650.988.5200 | |
| 14 | E-Mail: apurcell@fenwick.com<br>E-Mail: anercessian@fenwick.com | |
| 15 | E-Mail: irubel@fenwick.com<br>E-Mail: jbelichick@fenwick.com | |
| 16 | | |
| 17 | Ronald P. Slates, Esq.<br>Law Offices of Ronald P. Slates PC | *Counsel for Defendant Livewire Services, Inc.* |
| 18 | 500 South Grand Avenue, Suite 2010<br>Los Angeles, California 90071 | |
| 19 | Telephone: (213) 624-1515<br>Facsimile: 213.624.7536 | |
| 20 | E-Mail: rslates2@rslateslaw.com | |
| 21 | E-Mail: jkluewer@rslateslaw.com | |
| 22 | Steven W. Yuen, Esq. | *Counsel for Objector John Doe 4352658* |
| 23 | Heath & Yuen, APC<br>268 Bush Street, Suite 3006 | |
| 24 | San Francisco, CA 94104<br>Telephone: 415.622.7004 | |
| 25 | Facsimile: 415.373.3957<br>E-Mail: syuen@heathandyuen.com | |
| 26 | | |
| 27 | | |
| 28 | | |

PASTERNAK
& PASTERNAK

{00173384.DOCX 66390.0001 }