# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PERFECT 10, INC. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:11-cv-07098-AB-JPR |
| v. | |
| GIGANEWS, INC., et al. | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 1/4/2019 | 853 | Notice |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☑ The hearing date has been rescheduled to March 8, 2019 at 10:00 AM
☑ Other

    Counsel shall immediately file a Proposed Order and email a Microsoft Word version of the Proposed Order to the chambers email address.

Clerk, U.S. District Court

Dated: 1/30/2019        By: C. Badirian
                                                      Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge