ABRAMS BROWN LLP
Anthony K. Brown (CSB 215396)
12121 Wilshire Blvd., Ste. 740
Los Angeles, CA 90025
(424) 832-3750

FILED
CLERK, U.S. DISTRICT COURT

APR 12 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___EEE___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California Corporation<br><br>Plaintiff(s)<br><br>v.<br><br>GIGANEWS, INC., a Texas Corporation, et al.<br><br>Defendant(s) | CASE NUMBER<br>2:11-CV-07098-AB-JPRx<br><br>RETURN WRIT<br><br>**WRIT OF EXECUTION** |

**TO:** THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On __March 24, 2015__ a judgment was entered in the above-entitled action in favor of:

Giganews, Inc. and Livewire Services, Inc.

as Judgment Creditor and against:

Perfect 10, Inc.

as Judgment Debtor, for:

$ _____0.00_____ Principal,
$ ____5,213,117.06__ Attorney Fees,
$ _____0.00_____ Interest **, and
$ ____424,235.47____ Costs, making a total amount of
$ ____5,637,352.53__ **JUDGMENT AS ENTERED**

**\*\*NOTE:** JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

ORIGINAL

WRIT OF EXECUTION

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Central **District of** California, to wit:

$ 8,610.03   accrued interest, and
$ 0.00       accrued costs, making a total of
$ 8,610.03   **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ 5,645,962.56  **ACTUALLY DUE** on the date of the issuance of this writ of which
$ 5,637,352.53  Is due on the judgment as entered and bears interest at .25 percent per annum, in the amount of $ 38.61 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: 11-9-15

By: _____
Deputy Clerk


1149

SERVED COPY OF WRIT TOGETHER WITH A NOTICE THAT SAID PROPERTY WAS ATTACHED AND DEMANDED A REPLY, TO WHICH I RECEIVED:

$ 594.91

WHICH IS APPLIED AGAINST JUDGEMENT

( ) NOTHING. THIS PORTION RETURNED WHOLLY UNSATISFIED.

**WRIT OF EXECUTION**

CV-23 (6/01)                                                                                     PAGE 2 OF 3

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Perfect 10, Inc.
c/o Bruce Hersh
17547 Ventura Blvd., Ste. 206
Encino, CA 91316
```

```
Perfect 10, Inc.
c/o Lynell Diondra Davis
11803 Norfield Court
Los Angeles, CA 90077
```

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

---

**WRIT OF EXECUTION**